

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number CR 09-805 (B) -VBF |
| Plaintiff, | |
| v. | AFFIDAVIT IN SUPPORT OF REQUEST FOR WAIVER OF THE RULE OF SPECIALTY AND CONSENT TO PROSECUTION |
| ISAAC ZIMERMAN, | |
| Defendant. | |

I, Joseph O. Johns, being duly sworn, depose and state:

1.  I am a citizen of the United States of America currently residing in Ventura County, California.

2.  In 1989, I received a Doctor of Law Degree from the Arizona State University – College of Law, and I was admitted to the practice of law by the Supreme Court of the State of California in January 1990. I have been an Assistant United States Attorney with the United States Department of Justice since May 1995. I am currently the Chief of the Environmental Crimes Section for the United States Attorney's Office for the Central District of California in Los Angeles.

3.  As an Assistant United States Attorney for the Central District of California, my duties include the prosecution of persons charged with violations of the federal criminal laws in the Central District of California. I have personally participated in the preparation and trial of several cases involving violations of federal criminal laws. Based on my training and experience, I have expertise in the criminal laws and procedures of this District and of the United States.

1

4.      In the course of my official duties, I have become familiar with the charges and evidence in the case against ISAAC ZIMERMAN, alias "Isaac Zimerman-Spindel," (ZIMERMAN) entitled <u>United States v. River Wonders LLC, et al.</u>, Case Number CR 09-805(B) -VBF (also referred to as 09-805(A) -VBF; 2:09-cr-00805-VBF; and 2:09-CR-00805-VBF-2), which arose out of an investigation into ZIMERMAN's role in trafficking in a variety of prohibited and/or protected species of fish.

5.      I understand that pursuant to the Extradition Treaty between the United States and Mexico, the United States cannot prosecute ZIMERMAN for past crimes other than those for which extradition was granted, absent consent from the Government of Mexico and waiver of the Rule of Specialty by the Government of Mexico.   Accordingly, this affidavit is submitted in support of the United States' request that the Government of Mexico waive the Rule of Specialty and consent to prosecution by the United States of ZIMERMAN for the charges described below.

## THE CHARGES AND PERTINENT UNITED STATES LAW

6.      Under the laws of the United States, a criminal prosecution may be commenced by a grand jury on its own decision to return and file an indictment with the clerk of the United States District Court.  A grand jury is composed of not less than 16 people whom the United States District Court selects at random from the residents of that district.  The grand jury is an independent body empanelled by the court.  The purpose of the grand jury is to examine the evidence of crimes presented to it by United States law enforcement authorities.  After independently reviewing this evidence, each member of the grand jury must determine if there is probable cause to believe that a crime has been committed and that the particular defendant or defendants committed the crime.  After at

2

least 12 grand jurors affirmatively vote that there is probable cause to believe that the defendant committed the crime or crimes, the grand jury may return an indictment. An indictment is a document that formally charges the defendant with a crime or crimes, describes the specific laws that the defendant is accused of violating, and describes the acts of the defendant that are alleged to be violations of the law.

7.      After the grand jury returns the indictment, a warrant for the defendant's arrest is issued at the direction of a United States District Judge or Magistrate Judge; the court must issue an arrest warrant for each defendant charged in the indictment. The arrest warrant may be signed by a judge or the clerk of the court. Under United States law, the arrest warrant is simply a document authorizing a law enforcement officer to take physical custody of a defendant and bring him to court to answer the charges contained in the indictment. The type of detail on the face of an arrest warrant regarding the charges against a defendant can vary by district. The fact that an arrest warrant summarizes the outstanding charges in words, provides only some of the relevant statutory citations, or merely references the indictment does not alter the validity of the arrest warrant to authorize a defendant's arrest on all of the charges contained in the corresponding indictment. Under United States law, it is the indictment, and not the arrest warrant, that controls the specific number and type of offenses with which the defendant is charged.

8.      If further evidence is later presented to the grand jury as to the matters for which an indictment is already returned, the grand jury may return a superseding indictment in the same fashion as with an original indictment. In such a case, the superseding indictment generally takes the place of the previous indictment. A warrant for the arrest of the

defendant or defendants may issue, but need not issue, from a superseding indictment in the same fashion as with an original indictment.

9.    On August 18, 2009, a federal grand jury sitting in the Central District of California returned an Original Indictment against ZIMERMAN charging him, in relevant part, in Count One, with conspiracy to traffic in prohibited fish with a market value in excess of $350, in violation of Title 18, United States Code, Section 371 and Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B); in Count Eight, with fraudulently and knowingly importing and bringing and causing to be imported and brought, merchandise, namely, approximately 20 Arapaima gigas, into the United States from Peru without a permit and without declaring these fish to officials of the United States Fish and Wildlife Service, in violation of Title 18, United States Code, Sections 545 and 2(b), and Title 16, United States Code, Section 1538, and Title 50, Code of Federal Regulations, Sections 14.61 and 23.12; in Count Nine, with knowingly altering, covering up, and falsifying, and making a false entry in a permit required under federal law, for the importation of Arapaima gigas, to impede, obstruct, and influence, an investigation into his importations and exportations of Arapaima gigas, in violation of Title 18, United States Code, Section 1519.  ZIMERMAN was also charged in Counts Two through Seven and Count Ten of the Original Indictment, however, the United States is not seeking a waiver of the Rule of Specialty for those charges.

10.   On December 8, 2009, a federal grand jury sitting in the Central District of California returned a First Superseding Indictment against ZIMERMAN.  Counts One, Eight, and Nine remain as charged in the Original Indictment.  Additionally, the First Superseding Indictment charges ZIMERMAN in relevant part, in Count Ten, with intentionally and

corruptly influencing, obstructing, and impeding a pending proceeding before the United States Fish and Wildlife Service by making false statements to federal law enforcement authorities, in violation of Title 18, United States Code, Section 1505; and in Count Eleven, with knowingly and willfully making materially false, fictitious and fraudulent statements and representations to federal law enforcement authorities with the United States Fish and Wildlife Service, in violation of Title 18, United States Code, Section 1001. The First Superseding Indictment also charges ZIMERMAN in Count Twelve; however, the United States is not seeking a waiver of the Rule of Specialty for that Count.

11.   On May 14, 2010, a federal grand jury sitting in the Central District of California returned and filed a Second Superseding Indictment against ZIMERMAN. Count One, and Counts Eight through Eleven remain as charged in the First Superseding Indictment. Additionally, the Second Superseding Indictment charges ZIMERMAN in Count Thirteen; however, the United States is not seeking a waiver of the Rule of Specialty for that Count.

12.   Based upon a violation of ZIMERMAN's pretrial release from custody, on July 9, 2010, the United States District Court for the Central District of California issued a warrant for the arrest of ZIMERMAN. This arrest warrant remains valid and executable to apprehend ZIMERMAN to stand trial for the crimes with which he is charged in the Second Superseding Indictment.

13.   It is the practice of the United States District Court for the Central District of California to retain the Original Indictment, First Superseding Indictment, and Second Superseding Indictment and file them with the records of the court, and it is the practice of the United

5

States Marshal for the Central District of California to retain the original arrest warrant and file it with its records. Therefore, I have obtained certified copies of the Original Indictment, First Superseding Indictment, and Second Superseding Indictment from the Clerk of the Court and a certified copy of the arrest warrant from the custodian of the records for the United States Marshal, and have attached them to this affidavit as **Exhibit A-1** (Original Indictment), **Exhibit A-2** (First Superseding Indictment), **Exhibit A-3** (Second Superseding Indictment), and **Exhibit B**, respectively. Please note that the signature of the foreperson of the grand jury has been omitted from the Original Indictment, First Superseding Indictment, and Second Superseding Indictment pursuant to the rules of the United States District Court for the Central District of California for purposes of public safety.

14. The relevant portions of the statutes cited above are attached to this affidavit as **Exhibit C**. Each of these statutes was duly enacted and in force at the time the offenses were committed and at the time the Original Indictment, First Superseding Indictment, and Second Superseding Indictment were returned. These statutes remain in full force and effect. A violation of any of these statutes constitutes a felony under the laws of the United States.

15. ZIMERMAN is charged in Count One with conspiracy. Under United States law, a conspiracy is simply an agreement to violate other criminal statutes, in this instance, the laws prohibiting the trafficking in prohibited fish with a market value in excess of $350. In other words, under United States law, the act of combining and agreeing with one or more persons to violate United States law is a crime in and of itself. Such an agreement need not be formal and may be simply a verbal understanding. A conspiracy is deemed

to be a partnership for criminal purposes in which each member or participant becomes the agent or partner of every other member. A person may become a member of a conspiracy without full knowledge of all of the details of the unlawful scheme or the names and identities of all of the other alleged conspirators. So, if a defendant has an understanding of the unlawful nature of a plan and knowingly and willfully joins in that plan on one occasion, that is sufficient to convict him for conspiracy even if he had not participated before and even if he played only a minor part. Similarly, a defendant need not be aware of all of the acts of his co-conspirators in order to be held liable for these acts, provided that he is a knowing member of the conspiracy, and the acts of the co-conspirators were foreseeable and within the scope of the conspiracy.

16. Because United States law is founded in large part on the English common law system, the law is found not only in codified statutes but also in binding judicial decisions. To support a conspiracy conviction under Title 18, United States Code, Sections 371, the United States must show: (1) that there was an agreement to achieve an unlawful objective; (2) there was an overt act in furtherance of the illegal purpose; (3) and the requisite intent to commit the underlying offense. United States v. Tuohey, 867 F.2d 534, 537 (9th Cir. 1989). Once the existence of a conspiracy is established, evidence which establishes beyond a reasonable doubt that a defendant is even slightly connected with the conspiracy is sufficient to convict him of knowing participation in the conspiracy. United States v. Dunn, 564 F.2d 348, 357 (9th Cir. 1977). The prosecution need not show the agreement to have been explicit. An implicit agreement may be inferred from the facts and circumstances of the case. United States v. Hernandez, 876

F.2d 774, 777 (9th Cir. 1989). The relevant portions of these rulings as they apply to the conspiracy charge in this case are included in **Exhibit C**.

17.    Regarding the felony conspiracy offense charged in Count One of the Second Superseding Indictment, the United States must show: (a) that ZIMERMAN came to an agreement with one or more persons to accomplish a common and unlawful plan, specifically, to traffic in prohibited fish with a market value in excess of $350, (b) that ZIMERMAN knowingly became a member of the conspiracy knowing at least one of its objectives and intending to help accomplish it; and (c) that one of the members of the conspiracy performed at least one overt act in furtherance of the illegal purpose. The maximum penalty for violation of Title 18, United States Code, Section 371, as charged in Count One of the Second Superseding Indictment, is a term of five years imprisonment.

18.    Count Eight of the Second Superseding Indictment charges ZIMERMAN with smuggling and causing fish to be smuggled into the United States. Regarding the felony offense charged in Count Eight, the United States must show that: (a) ZIMERMAN knowingly imported or brought fish into the United States; (b) the fish was imported or brought into the United States contrary to law; and (c) ZIMERMAN knew that the importation of the fish was contrary to law. The maximum penalty for a violation of Title 18, United States Code, Sections 545 and 2, as charged in Count Eight of the Second Superseding Indictment is a term of five years imprisonment, which was the maximum penalty at the time the offense was committed.

19.    Count Nine of the Second Superseding Indictment charges ZIMERMAN with altering or falsifying a document. Regarding the felony offense charged in Count Nine, the United

States must show that: (a) ZIMERMAN knowingly altered, covered up, falsified or made a false entry in a record, document, or tangible object; (b) ZIMERMAN acted with the intent to impede, obstruct, or influence the investigation or proper administration of a matter, or in relation to or contemplation of such matter; and (c) the matter was within the jurisdiction of an agency of the United States, in this instance, the United States Fish and Wildlife Service.  The maximum penalty for a violation of Title 18, United States Code, Section 1519, as charged in Count Nine of the Second Superseding Indictment, is a term of 20 years imprisonment.

20.   Count Ten of the Second Superseding Indictment charges ZIMERMAN with obstructing and impeding a proceeding.  Regarding the felony offense charged in Count Ten, the United States must show that: (a) there was a proceeding pending before a department or agency of the United States government; (b) ZIMERMAN was aware of the pending proceeding; and (c) ZIMERMAN intentionally and corruptly influenced, obstructed, or impeded the pending proceeding.  The maximum penalty for a violation of Title 18, United States Code, Section 1505, is a term of five years imprisonment.

21.   Count Eleven of the Second Superseding Indictment charges ZIMERMAN with making a false statement.  Regarding the felony offense charged in Count Eleven, the United States must show that: (a) ZIMERMAN made a false statement or used a writing which contained a false statement in a matter within the jurisdiction of the United States Fish and Wildlife Service; (b) ZIMERMAN acted willfully, that is deliberately, and with knowledge that the statement was untrue; and (c) the statement was material to the United States Fish and Wildlife Service's activities or decisions.  The maximum penalty for a

violation of Title 18, United States Code, Section 1001, is a term of five years imprisonment.

22.     Count Eight of the Second Superseding Indictment also charges that ZIMERMAN committed the offense by causing the crime to be committed, as provided by Title 18, United States Code, Section 2.  Under Title 18, United States Code, Section 2, whoever causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.  This means that the guilt of a defendant may also be shown even if he did not personally perform every act involved in the commission of the crimes charged.  The law recognizes that, ordinarily, anything a person can do for himself may also be accomplished through direction of another person or persons in a joint effort.  So, if the acts or conduct of an agent, employee, or other associate of a defendant were willfully directed or authorized by the defendant, then the law holds the defendant responsible for the conduct of that other person just as though the defendant had engaged in that conduct himself.

23.     I have also included, as part of **Exhibit C**, the text of Title 18, United States Code, Section 3282, which is the statute of limitations on the prosecution of the crimes charged in the Second Superseding Indictment.  The statute of limitations merely requires that a defendant be formally charged within five years of the date that the offense or the offenses were committed.  Once an indictment is filed in a federal district court, as in the case against ZIMERMAN, the statute of limitations is tolled and no longer runs.  This prevents a criminal defendant from escaping justice by simply hiding out and remaining a fugitive for an extended period of time.  In addition, under the laws of the United States,

the statute of limitations for a continuing offense, such as conspiracy, begins to run upon the conclusion or completion of the offense, not upon the date it commenced.

24.     I have thoroughly reviewed the applicable statute of limitations, and the prosecution of the charges in this case is not barred by the statute of limitations.  For Counts One, Eight, and Nine of the Second Superseding Indictment, because the applicable limitations period is five years, and the Original Indictment in this case, which charges a criminal conspiracy occurring between a date unknown and December 14, 2004, (Count One) and criminal violations occurring on November 10, 2004, (Count Eight) and November 2004, (Count Nine) was filed on August 18, 2009, ZIMERMAN was formally charged within the specified five-year time period for Counts One, Eight, and Nine.

25.     For Counts Ten and Eleven of the Second Superseding Indictment, because the applicable limitations period is five years, and the First Superseding Indictment in this case, which charges criminal violations occurring on December 14, 2004, (Count Ten and Count Eleven), was filed on December 8, 2009, ZIMERMAN was formally charged within the specified five-year time period for Counts Ten and Eleven.

26.     Under United States law, once an indictment is filed in a case, the limitations period is tolled on the charges set forth in the indictment.  Accordingly, a First Superseding Indictment or Second Superseding Indictment, filed while the Original Indictment is pending, is timely, and relates back to the Original Indictment unless, it broadens or substantially amends the charges made in the Original Indictment.  I have attached, as part of **Exhibit C**, the relevant portions of the Ninth Circuit Court of Appeals decisions in United States v. Liu, 731 F.3d 982, 996-97 (9th Cir. 2013); United States v. Sears,

Roebuck & Company, Inc., 785 F.2d 777, 778 (9th Cir. 1986), which are binding precedent in this judicial district.

27.     The Second Superseding Indictment against ZIMERMAN, which was filed on May 14, 2010, while the Original Indictment and First Superseding Indictment were pending, alleges the same criminal charges that were alleged in the Original Indictment and First Superseding Indictment against ZIMERMAN.   The Second Superseding Indictment merely adds an additional charge alleging criminal activity that ZIMERMAN participated in while on pretrial release.   Accordingly, the Second Superseding Indictment filed on May 14, 2010, was also timely filed within the five-year limitations period.

28.     The United States will prove its case against ZIMERMAN through the testimony of witnesses including law enforcement agents, documentary evidence, and other evidence as described below.

29.     ZIMERMAN has not been tried or convicted for the offenses charged in the Second Superseding Indictment, nor has he been ordered to serve any sentence in connection with this case.

## SUMMARY OF THE EVIDENCE

30.     The investigation revealed that ZIMERMAN trafficked fish, namely piranha, river stingrays, and Arapaima gigas, of which the possession, transport, import and export are regulated by California state law and regulations, and the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"), which protects certain species of fish, wildlife and plants against over exploitation by regulating trade in the species.   The investigation determined that ZIMERMAN possessed, transported, and imported river stingrays and piranha contrary to California state law and regulations, and

that he smuggled Arapaima gigas into and out of the United States in violation of CITES. The United States and Mexico are signatories to CITES.

31.   In August 2004, law enforcement authorities began an investigation of ZIMERMAN, and his company "River Wonders," for selling live piranha and river stingray fish. Both species of fish are illegal to import and possess in the state of California. The investigation revealed that ZIMERMAN used his company's website to sell and ship both piranha and river stingrays to buyers outside of the state of California. Law enforcement agents with the United States Fish and Wildlife Service were able to associate the phone number listed on the River Wonders' website with ZIMERMAN's home address.

32.   On September 3, 2004, agents with the Fish and Wildlife Service conducted lawful surveillance of ZIMERMAN's home and observed a blue van parked in the driveway with a sign on the side of the door that read "RIVER WONDERS." Fish and Wildlife Service Special Agent Ed Newcomer walked up to ZIMERMAN's house and ZIMERMAN greeted him at the homes garage door which was open. Special Agent Newcomer, who was in plain clothes and did not reveal to ZIMERMAN that he was a law enforcement officer, observed that the entire interior of the garage was filled with an interconnected system of fish tanks that held what appeared to be hundreds of live fish. Special Agent Newcomer saw that some of the tanks contained live river stingrays, and when questioned, ZIMERMAN confirmed that those tanks indeed contained river stingrays from South America. Special Agent Newcomer also noticed numerous shipping boxes with PayPal shipping labels attached to them listing River Wonders as the sender. In Special Agent Newcomer's presence, ZIMERMAN received numerous

13

telephone calls and Special Agent Newcomer overheard ZIMERMAN talking about the availability and shipment of live fish.

33.   In September 2004, a Fish and Wildlife Service Inspector inspected a shipment of live fish that the investigation determined was imported by River Wonders and ZIMERMAN and found that the shipment contained 48 live river stingrays. The river stingrays were lawfully seized by Game Warden Rebecca Hartman of the California Department of Fish and Game Service. Warden Hartman advised ZIMERMAN that the 48 river stingrays were seized because it is illegal to import river stingrays into, or possess live river stingrays in, the state of California.

34.   On December 14, 2004, Special Agent Newcomer and other special agents with the Fish and Wildlife Service lawfully searched ZIMERMAN's home including his garage. Inside the garage, the agents located and seized approximately 580 live piranha and 33 live river stingrays. The agents also located and legally seized numerous documents reflecting the sale and shipment of live piranha, river stingrays and Arapaima gigas by ZIMERMAN and River Wonders.

35.   On December 14, 2004, ZIMERMAN Special Agent Newcomer lawfully questioned ZIMERMAN about his involvement in the importation and sale of live piranha and river stingrays and ZIMERMAN falsely stated that he had not sold any live piranha or river stingrays to anyone in the state of California, and repeatedly denied doing so. However, PayPal sales records and handwritten notes lawfully seized inside of ZIMERMAN's home detail numerous transactions involving the sale of live piranha and river stingrays to individuals in the state of California. Special Agent Newcomer contacted four of those

California customers and verified that they had, in fact, purchased and received live piranha or river stingrays from ZIMERMAN and River Wonders.

36.     The lawfully seized documents from PayPal relating to ZIMERMAN and River Wonders' sales, in addition to other evidence found during the search, reveal that River Wonders, ZIMERMAN and Leonor Zimerman sold approximately $78,000 worth of piranha and river stingrays that were either interstate or international sales. The records show that they sold over $20,000 worth of river stingrays and piranha within the state of California.

37.     A review of the records of ZIMERMAN's imports revealed that he imported large numbers of piranha and river stingrays into the United States in 2003 and 2004. As discussed above, on September 24, 2004, ZIMERMAN imported river stingrays that were seized. At the time of the seizure, ZIMERMAN was specifically told that it was illegal to import or possess river stingrays in the state of California. The investigation shows that despite being informed that importing and possessing river stingrays was unlawful in the state of California, ZIMERMAN, on at least two subsequent occasions, continued to import river stingrays into California. The investigation revealed that ZIMERMAN imported the river stingrays on October 13, 2004, and November 10, 2004, respectively.

38.     The investigation identified several River Wonders customers who had purchased river stingrays from ZIMERMAN and River Wonders. Steve Elias, was a customer who told law enforcement authorities that he purchased river stingrays on various occasions between September and December 2004. Elias told law enforcement authorities that he stopped buying river stingrays from ZIMERMAN because he thought ZIMERMAN might be involved in illegal activity. Elias became suspicious because ZIMERMAN told

Elias that he mailed the river stingrays from Colorado, but the packages he (Elias) received were always from California. Elias stated that he researched the internet and learned that river stingrays are illegal in the state of California. When Elias asked ZIMERMAN whether it was illegal to ship river stingrays from California, ZIMERMAN lied to Elias and told him that the fish were shipped from Florida. When Elias confronted ZIMERMAN with the fact that he was aware that all of ZIMERMAN's shipments to him were labeled as coming from California, ZIMERMAN had no response.

39.    The investigation determined that a second customer, Armando Antuna-Melendez, purchased fish from River Wonders a number of times. Lawfully obtained records revealed that on September 7, 2004, ZIMERMAN shipped two river stingrays from Los Angeles, California, to Antuna-Melendez in Madison, Wisconsin. Antuna-Melendez confirmed that he purchased river stingrays from ZIMERMAN on several occasions in 2004.

40.    To further the investigation, the Fish and Wildlife Service used an undercover special agent to purchase piranha and river stingrays from River Wonders. The undercover agent called River Wonders and placed an order for five piranha and one river stingray. On October 18, 2004, the undercover agent received a voicemail message from Leonor Zimerman regarding the order and he subsequently spoke with ZIMERMAN about the order as well. Shortly thereafter, the order was shipped from ZIMERMAN's residence in Los Angeles, California, to Las Vegas, Nevada, where the undercover agent received the five piranhas and one river stingray.

41.    In November 2004, the Fish and Wildlife Service used the undercover agent to order an additional six piranha from ZIMERMAN. As with the previous purchase, shortly after

16

the order was placed, the order was shipped from ZIMERMAN's residence in Los Angeles, California, to Las Vegas, Nevada, where the undercover agent received the six piranhas.

42.     In November 2004, law enforcement authorities assigned to the Fish and Wildlife Service's field office in Miami, Florida, conducted a routine inspection of a shipment of live fish being imported into the United States by ZIMERMAN and River Wonders. The shipment of fish came through the Port of Miami from the country of Peru. While inspecting the shipment, law enforcement authorities discovered twenty live Arapaima gigas fish. The fish were not declared to the Fish and Wildlife Service as required by law, nor did the shipment contain the required CITES export permit from Peru. Law enforcement authorities lawfully seized all of the Arapaima gigas fish. About one month later, on December 14, 2004, while conducting a lawful search of ZIMERMAN's residence, law enforcement officers lawfully seized documents reflecting the sale and shipment of Arapaima gigas fish by ZIMERMAN and River Wonders.

43.     Law enforcement authorities also lawfully seized evidence that ZIMERMAN was attempting to forge a CITES document so that he could use it for future imports of Arapaima gigas. On ZIMERMAN's computer, agents lawfully recovered various scanned versions of a CITES document. The various versions of the document contained different dates. Forensic analysis of the scanned documents showed that Photoshop had been used to alter the CITES document. The investigation determined that the CITES document was last modified on November 30, 2004, and it was last opened in December 2004.

44.    The investigation revealed that ZIMERMAN knew about the requirement of a CITES permit because he had previously obtained a legitimate CITES permit, which he used to legally import Arapaima gigas fish from Peru into the United States. The investigation determined that ZIMERMAN's legal importation of Arapaima gigas fish occurred in February 2004. Despite knowing about the CITES permit requirement for importing Arapaima gigas fish, on November 10, 2004, ZIMERMAN illegally imported approximately 20 Arapaima gigas from Peru without having the required CITES permit. On November 10, 2004, United States Customs and Border Protection officers in Miami refused to clear the shipment of the Arapaima gigas fish because the shipment lacked the proper CITES permit. The investigation determined that the Customs and Border Protection intervention on November 10, 2004, motivated ZIMERMAN to make the fake CITES permits that were discovered on his home computer as described above. Law enforcement authorities believe that ZIMERMAN intended to use the fake CITES permits for future importations of Arapaima gigas fish when he lacked legitimate CITES permits.

45.    The investigation revealed that ZIMERMAN illegally exported two shipments of Arapaima gigas from Los Angeles, California, to places outside of the United States. The first attempt occurred on April 21, 2008. Despite ZIMERMAN's knowledge of CITES rules and regulations for importation/exportation and possessing of Arapaima gigas fish, he attempted to export a shipment of these fish from Los Angeles, California, to Canada without obtaining the proper CITES permit from the United States government. Moreover, a lawful records check indicated that no CITES export permit was issued by the United States for the fish in that shipment. ZIMERMAN's second attempt at illegally

18

exporting Arapaima gigas fish occurred on March 4, 2010, while ZIMERMAN was on pre-trial release and awaiting trial on the charges contained in the First Superseding Indictment. On March 4, 2010, ZIMERMAN attempted to illegally export a shipment of approximately 10 Arapaima gigas from Los Angeles, California, though Miami, Florida, to the Bahamas, without a proper CITES export permit from the United States government.

46. I have attached to this affidavit, as **Exhibit D**, the affidavit of United States Fish and Wildlife Service Special Agent Ed Newcomer. In his affidavit, Special Agent Newcomer summarizes the investigation of ZIMERMAN's illegal possession, importation, exportation, and sale of protected fish and the evidence that resulted in the charges in this case. Attached to Special Agent Newcomer's affidavit and made part of this extradition request is documentary evidence legally seized from River Wonders, which demonstrates that ZIMERMAN trafficked and sold protected and regulated species of fish, and documents demonstrating that ZIMERMAN illegally export protected fish outside of the United States. I have also attached to this affidavit, as **Exhibits E** and **F** respectively, the declarations of Rita Elido and Steve Elias in which they describe their first-hand knowledge of ZIMERMAN's criminal activities.

## IDENTIFICATION

47. ISAAC ZIMERMAN, alias Isaac Zimerman-Spindel, is a citizen of the United States, born on either April 25, 1949. He also uses an alternate date of birth of April 28, 1949. He is described as a white male, standing approximately 6 feet tall, and weighing approximately 190 pounds, with brown hair or bald, and brown eyes. He is also known to occasionally wear a moustache or a full, sometimes long, beard. A photograph of

ZIMERMAN is attached to Special Agent Newcomer's affidavit and made part of this extradition request. Rita Elido has identified this photograph as being that of ZIMERMAN.

## CONCLUSION

48. This affidavit and the affidavit of Special Agent Ed Newcomer each were sworn to before a Magistrate Judge of the United States District Court for the Central District of California, who is a person duly empowered to administer an oath for this purpose. The declaration of Rita Elido was signed under penalty of perjury pursuant to Title 28, United States, Code, Section 1746.


/s/
_____
JOSEPH O. JOHNS
ASSISTANT UNITED STATES ATTORNEY
CENTRAL DISTRICT OF CALIFORNIA


SWORN AND SUBSCRIBED BEFORE ME
THIS 22nd DAY OF September 2015.


JACQUELINE CHOOLJIAN
_____
HON.          JACQUELINE CHOOLJIAN
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

## EXHIBIT LIST

**EXHIBIT A-1**   Certified Copy of Original Indictment Dated August 18, 2009

**EXHIBIT A-2**   Certified Copy of First Superseding Indictment Dated December 8, 2009

**EXHIBIT A-3**   Certified Copy of Second Superseding Indictment Dated May 14, 2010

**EXHIBIT B**   Certified Copy of Arrest Warrant Dated July 9, 2010, and Petition for Action on Conditions of Pretrial Release

**EXHIBIT C**   Relevant Legal Provisions

**EXHIBIT D**   Affidavit of Fish and Wildlife Service Special Agent Ed Newcomer

        **Attachment D-1**   Printout of Pages from River Wonders' Website

        **Attachment D-2**   Report of Investigation of Wildlife Inspector Robin Bepler

        **Attachment D-3**   Spreadsheet Compiled from Information Obtained from the Internet Showing Numerous Sales of Piranha

        **Attachment D-4**   Spreadsheet Compiled from Information Obtained from the Internet Showing Numerous Sales of River Stingrays

        **Attachment D-5**   Report of Investigation of Wildlife Special Agent Ed Newcomer

        **Attachment D-6**   Copies of Documents Retrieved off of ZIMERMAN's Computer

        **Attachment D-7**   Documents Obtained from Environment Canada Regarding a Shipment of Live Fish

        **Attachment D-8**   Spreadsheet Showing Sales of River Stingrays by River Wonders

| | | |
|---|---|---|
| **Attachment D-9** | Spreadsheet Showing a Sale of River Stingrays by River Wonders | |
| **Attachment D-10** | Copy of PayPal Documents and a Copy of a Money Order Relating to the Purchase of Live Fish | |
| **Attachment D-11** | Fish and Wildlife Service Memorandum, PayPal Documents and a Copy of a Money Order Relating to a Purchase of Live Fish | |
| **Attachment D-12** | Photographs of Boxes that Contained Live Fish | |
| **Attachment D-13** | Copy of Security Acceptance Form Showing ZIMERMAN used his California Driver's License as Identification to Ship Live Fish | |
| **Attachment D-14** | Copy of an Email Relating to the Importation of Live Fish into the Bahamas | |
| **Attachment D-15** | Photograph of ZIMERMAN | |
| **EXHIBIT E** | Declaration of Rita Elido | |
| **Attachment E-1** | Photograph of ZIMERMAN | |
| **EXHIBIT F** | Declaration of Steve Elias | |

# EXHIBIT A-1



FILED
CLERK, U.S. DISTRICT COURT

AUG 1 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>RIVER WONDERS LLC,<br>ISAAC ZIMERMAN, and<br>LEONORE CATALINA ZIMERMAN,<br><br>                    Defendants. | CR No. 09 **CR 09 00805**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy;<br>16 U.S.C. §§ 3372(a)(2)(A),<br>3373(d)(1)(B), (d)(2): Illegal<br>Fish Trafficking; 18 U.S.C.<br>§ 545: Smuggling Fish into the<br>United States; 18 U.S.C.<br>§ 1519: Alteration or<br>Falsification of Documents; 18<br>U.S.C. § 554: Smuggling Fish<br>From the United States; 18<br>U.S.C. § 2(b): Causing an Act<br>to Be Done] |

     The Grand Jury charges:

INTRODUCTION

     At all times relevant to this Indictment:

     1.   California Code of Regulations, Title 14, Section 671(a) and (c)(5)(D)(2), made it unlawful for any person to import, transport, or possess any species of Serrasalmus, Serrasalmo, Pygocentrus, Taddyella, Rooseveltiella, and Pygopristi, commonly known as Piranha.  All references to

BTG:btg

1  "Piranha" in the Indictment are to fish covered by the
2  aforementioned Section of the California Code of Regulations.

3      2.    California Fish and Game Code, Section 2118(e), made it
4  unlawful for any person to import, transport, or possess any
5  species of Piranha.  All references to "Piranha" in the
6  Indictment are to fish covered by the aforementioned Section of
7  the California Fish and Game Code.

8      3.    California Code of Regulations, Title 14, Section
9  671(a) and (c)(6)(B), made it unlawful for any person to import,
10  transport, or possess any of the family Potamotrygonidae,
11  commonly known as River Stingrays.  All references to "River
12  Stingrays" in the Indictment are to fish covered by the
13  aforementioned Section of the California Code of Regulations.

14      4.    The Convention on International Trade in Endangered
15  Species of Wild Fauna and Flora ("CITES") protected certain
16  species of fish, wildlife and plants against overexploitation by
17  regulating trade in the species.  Protected species were listed
18  in appendices to CITES.  Arapaima gigas was a fish listed as an
19  Appendix II species under CITES.  A CITES permit issued by the
20  country of origin was required before Arapaima gigas could be
21  imported into the United States.  A CITES permit issued by the
22  United States was required before Arapaima gigas could be
23  exported to another country.

24      5.    These Introductory Allegations are hereby re-alleged
25  and incorporated by reference into each and every count of this
26  Indictment.

27

28

2

1                             COUNT ONE

2                         [18 U.S.C. § 371]

3 A.   THE OBJECT OF THE CONSPIRACY

4      Beginning on a date unknown to the Grand Jury, and

5 continuing to on or about December 14, 2004, in Los Angeles

6 County, within the Central District of California, and elsewhere,

7 defendants RIVER WONDERS LLC ("RIVER WONDERS"), ISAAC ZIMERMAN,

8 and LEONORE CATALINA ZIMERMAN ("CATALINA ZIMERMAN"), and others

9 both known and unknown to the Grand Jury, knowingly combined,

10 conspired, and agreed to traffic in prohibited fish with a market

11 value in excess of $350, in violation of Title 16, United States

12 Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B).

13 B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE

14      ACCOMPLISHED

15      The object of the conspiracy was to be carried out, in

16 substance, as follows:

17      1.   Defendants RIVER WONDERS and ISAAC ZIMERMAN would

18 import Piranha and River Stingrays into California.

19      2.   Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

20 ZIMERMAN would advertise Piranha and River Stingrays for sale on

21 the internet.

22      3.   Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

23 ZIMERMAN would discuss purchasing Piranha and River Stingrays

24 with potential customers.

25      4.   Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

26 ZIMERMAN would take orders for Piranha and River Stingrays from

27 customers outside California.

28

5.   Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN would sell Piranha and River Stingrays to customers outside California and cause Piranha and River Stingrays to be transported outside California.

C.   OVERT ACTS

In furtherance of the conspiracy, and to accomplish its object, defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN, together with others known and unknown to the Grand Jury, committed and willfully caused others to commit the following overt acts, among others, in the Central District of California and elsewhere:

1.   On or about October 23, 2003, defendants RIVER WONDERS and ISAAC ZIMERMAN brought and imported approximately 827 Piranha and approximately 44 River Stingrays into the United States.

2.   On or about August 25, 2004, defendants RIVER WONDERS and ISAAC ZIMERMAN offered Piranha for sale on RIVER WONDERS' website.

3.   On or about August 30, 2004, defendants RIVER WONDERS and CATALINA ZIMERMAN offered to sell Piranha to an undercover law enforcement officer ("UC").

4.   On or about September 3, 2004, defendant ISAAC ZIMERMAN, in response to a question by the UC about whether ISAAC ZIMERMAN was in the fish business, falsely stated that ISAAC ZIMERMAN raised fish only as a hobby and was not in the fish business, in an attempt to conceal the illegal sales of Piranha and River Stingrays by defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN.

1     5.  On or about September 3, 2004, defendants RIVER WONDERS,

2  ISAAC ZIMERMAN, and CATALINA ZIMERMAN possessed River Stingrays

3  with the intent to sell them.

4     6.  On or about September 7, 2004, defendants RIVER WONDERS

5  and ISAAC ZIMERMAN sold and caused the transportation of

6  approximately two River Stingrays from Los Angeles, California,

7  to Madison, Wisconsin.

8     7.  On or about September 17, 2004, defendants RIVER

9  WONDERS, ISAAC ZIMERMAN and CATALINA ZIMERMAN possessed Piranha

10  with the intent to sell them.

11     8.  On or about September 17, 2004, defendant CATALINA

12  ZIMERMAN admitted in a conversation with the UC to possessing

13  Piranha, and asked the UC not to tell anyone about the Piranha,

14  in an attempt to conceal the illegal sales of Piranha by

15  defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN.

16     9.  On or about September 19, 2004, defendants RIVER WONDERS

17  and ISAAC ZIMERMAN sold and caused the transportation of

18  approximately eight River Stingrays from Los Angeles, California,

19  to Florham Park, New Jersey.

20     10.  On or about September 24, 2004, defendants RIVER

21  WONDERS and ISAAC ZIMERMAN brought and imported approximately 48

22  River Stingrays into the United States.

23     11.  On or about October 13, 2004, defendants RIVER WONDERS

24  and ISAAC ZIMERMAN brought and imported approximately 44 River

25  Stingrays into the United States.

26     12.  In or about October 2004, defendants RIVER WONDERS,

27  ISAAC ZIMERMAN, and CATALINA ZIMERMAN sold and caused the

28

1    transportation of approximately five Piranha and one River

2    Stingray from Los Angeles, California, to Las Vegas, Nevada.

3         13.   On or about October 19, 2004, defendants RIVER WONDERS

4    and ISAAC ZIMERMAN sold and caused the transportation of

5    approximately six River Stingrays from Los Angeles, California,

6    to Florham Park, New Jersey.

7         14.   In or about November 2004, defendants RIVER WONDERS and

8    ISAAC ZIMERMAN sold and caused the transportation of

9    approximately six Piranha from Los Angeles, California, to Las

10   Vegas, Nevada.

11        15.   On or about November 10, 2004, defendants RIVER WONDERS

12   and ISAAC ZIMERMAN brought and imported approximately 52 River

13   Stingrays into the United States.

14        16.   On or about December 12, 2004, defendants RIVER WONDERS

15   and ISAAC ZIMERMAN sold and caused the transportation of

16   approximately ten River Stingrays from Los Angeles, California,

17   to Florham Park, New Jersey.

18        17.   On or about December 14, 2004, defendants RIVER

19   WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN knowingly

20   possessed approximately 580 Piranha and approximately 30 River

21   Stingrays with the intent to sell them.

22

23

24

25

26

27

28

COUNTS TWO TO FIVE

[16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(1)(B); 18 U.S.C. § 2(b)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants RIVER WONDERS LLC and ISAAC ZIMERMAN did knowingly engage in conduct that involved the sale and offering for sale of fish with a market value in excess of $350, namely, River Stingrays, by transporting, selling, receiving, and acquiring, and causing the transportation, sale, receipt, and acquisition, of such fish in interstate commerce, knowing that such fish were taken, possessed, transported, and sold in violation of state law and state regulation, namely, Title 14, California Code of Regulations, Section 671(a) and (c)(6)(B), which prohibited the importation, transportation, and possession of River Stingrays:

| Count | Date | Transportation, Sale, Receipt, or Acquisition |
|-------|------|-----------------------------------------------|
| TWO | September 7, 2004 | Sold and caused the transportation of two River Stingrays from Los Angeles, California, to Madison, Wisconsin. |
| THREE | September 19, 2004 | Sold and caused the transportation of eight River Stingrays from Los Angeles, California, to Florham Park, New Jersey. |
| FOUR | October 19, 2004 | Sold and caused the transportation of six River Stingrays from Los Angeles, California, to Florham Park, New Jersey. |
| FIVE | December 12, 2004 | Sold and caused the transportation of ten River Stingrays from Los Angeles, California, to Florham Park, New Jersey. |

1

COUNT SIX

2
[16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2); 18 U.S.C. § 2(b)]

3
In or about October 2004, in Los Angeles County, within the

4
Central District of California, and elsewhere, defendants RIVER

5
WONDERS LLC, ISAAC ZIMERMAN, and LEONORE CATALINA ZIMERMAN did

6
knowingly engage in conduct that involved the sale and offering

7
for sale of fish, namely, one River Stingray and five Piranha, by

8
transporting, selling, receiving, and acquiring, and causing the

9
transportation, sale, receipt, and acquisition of, such fish in

10
interstate commerce, knowing that such fish were taken,

11
possessed, transported, and sold in violation of state law and

12
state regulation, namely, California Fish and Game Code, Section

13
2118(e), which prohibited the importation, transportation, and

14
possession of Piranha; Title 14, California Code of Regulations,

15
Section 671(a) and 671(c)(5)(D)(2), which prohibited the

16
importation, transportation, and possession of Piranha; and Title

17
14, California Code of Regulations, Section 671(a) and (c)(6)(B),

18
which prohibited the importation, transportation, and possession

19
of River Stingrays.

20

21

22

23

24

25

26

27

28

1                           COUNT SEVEN

2     [16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2); 18 U.S.C. § 2(b)]

3        In or about November 2004, in Los Angeles County, within the

4   Central District of California, and elsewhere, defendants RIVER

5   WONDERS LLC and ISAAC ZIMERMAN did knowingly engage in conduct

6   that involved the sale and offering for sale of fish, namely, six

7   Piranha, by transporting, selling, receiving, and acquiring, and

8   causing the transportation, sale, receipt, and acquisition of,

9   such fish in interstate commerce, knowing that such fish were

10  taken, possessed, transported, and sold in violation of state law

11  and state regulation, namely, California Fish and Game Code,

12  Section 2118(e), and Title 14, California Code of Regulations,

13  Section 671(a) and 671(c)(5)(D)(2), each of which prohibited the

14  importation, transportation, and possession of Piranha.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT EIGHT

[18 U.S.C. §§ 545, 2(b)]

On or about November 10, 2004, in Los Angeles County, within the Central District of California, and elsewhere, defendants RIVER WONDER LLC ("RIVER WONDERS") and ISAAC ZIMERMAN fraudulently and knowingly imported and brought, and caused to be imported and brought, merchandise, namely, approximately 20 Arapaima gigas, into the United States contrary to law. Specifically, on that date, defendants RIVER WONDERS, by and through the actions of its agents and employees, and ISAAC ZIMERMAN, imported and brought, and caused to be imported and brought, approximately 20 Arapaima gigas from Peru into the United States without obtaining a permit, in violation of Title 16, United States Code, Section 1538, and Title 50, Code of Federal Regulations, Section 23.12, and without reporting or declaring such merchandise to officials of the United States Fish and Wildlife Service, in violation of Title 50, Code of Federal Regulations, Section 14.61.

COUNT NINE

[18 U.S.C. § 1519]

In or about November 2004, in Los Angeles County, within the Central District of California, and elsewhere, in a matter within the jurisdiction of a department and agency of the United States, specifically the jurisdiction of the United States Fish and Wildlife Service ("FWS"), defendants RIVER WONDERS LLC ("RIVER WONDERS") and ISAAC ZIMERMAN knowingly altered, covered up, falsified, and made a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter, and in relation to and contemplation of such matter. Specifically, defendants RIVER WONDERS, by and through the actions of its agents and employees, and ISAAC ZIMERMAN, altered, covered up, falsified and made a false entry in a permit required under Title 50, Code of Federal Regulations, Section 23.12, for the importation of Arapaima gigas, in relation to and contemplation of, and with the intent to impede, obstruct, and influence, an investigation into defendant ISAAC ZIMERMAN's importations and exportations of Arapaima gigas.

COUNT TEN

[18 U.S.C. § 554]

On or about April 21, 2008, in Los Angeles County, within the Central District of California, defendants RIVER WONDER LLC ("RIVER WONDERS") and ISAAC ZIMERMAN did fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States, merchandise, namely, approximately two Arapaima gigas, contrary to law and regulation. Specifically, defendants RIVER WONDERS, by and through the actions of its agents and employees, and ISAAC ZIMERMAN, exported and sent, and attempted to export and send, approximately two Arapaima gigas from the United States without a permit, in violation of Title 16, United States Code, Section 1538, and Title 50, Code of Federal Regulations, Section 23.13, and without reporting or declaring such merchandise to officials of the United States Fish and Wildlife Service, in violation of Title 50, Code of Federal Regulations, Section 14.63.

A TRUE BILL

_____/S/_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

DANIEL S. GOODMAN
Assistant United States Attorney
Acting Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

BAYRON T. GILCHRIST
Assistant United States Attorney
Environmental Crimes Section

12

I hereby attest and certify on 9·21·2015
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1203

# EXHIBIT A-2

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2009 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 09-805(A)-VBF |
| Plaintiff, | ) | |
| v. | ) | F I R S T<br>S U P E R C E D I N G<br>I N D I C T M E N T |
| RIVER WONDERS LLC,<br>ISAAC ZIMERMAN, and<br>LEONOR CATALINA ZIMERMAN, | ) | [18 U.S.C. § 371: Conspiracy;<br>16 U.S.C. §§ 3372(a)(2)(A),<br>3373(d)(1)(B), (d)(2): Illegal |
| Defendants. | ) | Fish Trafficking; 18 U.S.C.<br>§ 545: Smuggling Fish into the<br>United States; 18 U.S.C.<br>§ 1519: Alteration or<br>Falsification of Documents; 18<br>U.S.C. § 1505: Obstruction of<br>Proceedings; 18 U.S.C. § 1001:<br>False Statement; 18 U.S.C.<br>§ 554: Smuggling Fish From the<br>United States; 18 U.S.C.<br>§ 2(b): Causing an Act to Be<br>Done] |

The Grand Jury charges:

INTRODUCTION

At all times relevant to this Indictment:

1.     California Code of Regulations, Title 14, Section 671(a) and (c)(5)(D)(2), made it unlawful for any person to import, transport, or possess any species of Serrasalmus,

BTG:btg

Case 2:09-cr-00805-VBF Document 55 Filed 12/08/09 Page 2 of 14 Page ID #:76

1  Serrasalmo, Pygocentrus, Taddyella, Rooseveltiella, and
2  Pygopristi, commonly known as Piranha.  All references to
3  "Piranha" in the Indictment are to fish covered by the
4  aforementioned Section of the California Code of Regulations.

5      2.   California Fish and Game Code, Section 2118(e), made it
6  unlawful for any person to import, transport, or possess any
7  species of Piranha.  All references to "Piranha" in the
8  Indictment are to fish covered by the aforementioned Section of
9  the California Fish and Game Code.

10      3.   California Code of Regulations, Title 14, Section
11  671(a) and (c)(6)(B), made it unlawful for any person to import,
12  transport, or possess any of the family Potamotrygonidae,
13  commonly known as River Stingrays.  All references to "River
14  Stingrays" in the Indictment are to fish covered by the
15  aforementioned Section of the California Code of Regulations.

16      4.   The Convention on International Trade in Endangered
17  Species of Wild Fauna and Flora ("CITES") protected certain
18  species of fish, wildlife and plants against overexploitation by
19  regulating trade in the species.  Protected species were listed
20  in appendices to CITES.  Arapaima gigas was a fish listed as an
21  Appendix II species under CITES.  A CITES permit issued by the
22  country of origin was required before Arapaima gigas could be
23  imported into the United States.  A CITES permit issued by the
24  United States was required before Arapaima gigas could be
25  exported to another country.

26      5.   These Introductory Allegations are hereby re-alleged
27  and incorporated by reference into each and every count of this
28  Indictment.

Case 2:09-cr-00805-VBF   Document 35   Filed 12/08/09   Page 3 of 14   Page ID #:77

1                          COUNT ONE

2                     [18 U.S.C. § 371]

3   A.   THE OBJECT OF THE CONSPIRACY

4        Beginning on a date unknown to the Grand Jury, and

5   continuing to on or about December 14, 2004, in Los Angeles

6   County, within the Central District of California, and elsewhere,

7   defendants RIVER WONDERS LLC ("RIVER WONDERS"), ISAAC ZIMERMAN,

8   and LEONOR CATALINA ZIMERMAN ("CATALINA ZIMERMAN"), and others

9   both known and unknown to the Grand Jury, knowingly combined,

10  conspired, and agreed to traffic in prohibited fish with a market

11  value in excess of $350, in violation of Title 16, United States

12  Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B).

13  B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE

14       ACCOMPLISHED

15       The object of the conspiracy was to be carried out, in

16  substance, as follows:

17       1.   Defendants RIVER WONDERS and ISAAC ZIMERMAN would

18  import Piranha and River Stingrays into California.

19       2.   Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

20  ZIMERMAN would advertise Piranha and River Stingrays for sale on

21  the internet.

22       3.   Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

23  ZIMERMAN would discuss purchasing Piranha and River Stingrays

24  with potential customers.

25       4.   Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

26  ZIMERMAN would take orders for Piranha and River Stingrays from

27  customers outside California.

28

                              3

1        5.   Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

2    ZIMERMAN would sell Piranha and River Stingrays to customers

3    outside California and cause Piranha and River Stingrays to be

4    transported outside California.

5    C.   OVERT ACTS

6        In furtherance of the conspiracy, and to accomplish its

7    object, defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

8    ZIMERMAN, together with others known and unknown to the Grand

9    Jury, committed and willfully caused others to commit the

10   following overt acts, among others, in the Central District of

11   California and elsewhere:

12       1.  On or about October 23, 2003, defendants RIVER WONDERS

13   and ISAAC ZIMERMAN brought and imported approximately 827 Piranha

14   and approximately 44 River Stingrays into the United States.

15       2.  On or about August 25, 2004, defendants RIVER WONDERS

16   and ISAAC ZIMERMAN offered Piranha for sale on RIVER WONDERS'

17   website.

18       3.  On or about August 30, 2004, defendants RIVER WONDERS

19   and CATALINA ZIMERMAN offered to sell Piranha to an undercover

20   law enforcement officer ("UC").

21       4.  On or about September 3, 2004, defendant ISAAC ZIMERMAN,

22   in response to a question by the UC about whether ISAAC ZIMERMAN

23   was in the fish business, falsely stated that ISAAC ZIMERMAN

24   raised fish only as a hobby and was not in the fish business, in

25   an attempt to conceal the illegal sales of Piranha and River

26   Stingrays by defendants RIVER WONDERS, ISAAC ZIMERMAN, and

27   CATALINA ZIMERMAN.

28

1    5.   On or about September 3, 2004, defendants RIVER WONDERS,

2  ISAAC ZIMERMAN, and CATALINA ZIMERMAN possessed River Stingrays

3  with the intent to sell them.

4    6.   On or about September 7, 2004, defendants RIVER WONDERS

5  and ISAAC ZIMERMAN sold and caused the transportation of

6  approximately two River Stingrays from Los Angeles, California,

7  to Madison, Wisconsin.

8    7.   On or about September 17, 2004, defendants RIVER

9  WONDERS, ISAAC ZIMERMAN and CATALINA ZIMERMAN possessed Piranha

10  with the intent to sell them.

11    8.   On or about September 17, 2004, defendant CATALINA

12  ZIMERMAN admitted in a conversation with the UC to possessing

13  Piranha, and asked the UC not to tell anyone about the Piranha,

14  in an attempt to conceal the illegal sales of Piranha by

15  defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN.

16    9.   On or about September 19, 2004, defendants RIVER WONDERS

17  and ISAAC ZIMERMAN sold and caused the transportation of

18  approximately eight River Stingrays from Los Angeles, California,

19  to Florham Park, New Jersey.

20    10.   On or about September 24, 2004, defendants RIVER

21  WONDERS and ISAAC ZIMERMAN brought and imported approximately 48

22  River Stingrays into the United States.

23    11.   On or about October 13, 2004, defendants RIVER WONDERS

24  and ISAAC ZIMERMAN brought and imported approximately 44 River

25  Stingrays into the United States.

26    12.   In or about October 2004, defendants RIVER WONDERS,

27  ISAAC ZIMERMAN, and CATALINA ZIMERMAN sold and caused the

28

1   transportation of approximately five Piranha and one River

2   Stingray from Los Angeles, California, to Las Vegas, Nevada.

3       13.   On or about October 19, 2004, defendants RIVER WONDERS

4   and ISAAC ZIMERMAN sold and caused the transportation of

5   approximately six River Stingrays from Los Angeles, California,

6   to Florham Park, New Jersey.

7       14.   In or about November 2004, defendants RIVER WONDERS and

8   ISAAC ZIMERMAN sold and caused the transportation of

9   approximately six Piranha from Los Angeles, California, to Las

10  Vegas, Nevada.

11      15.   On or about November 10, 2004, defendants RIVER WONDERS

12  and ISAAC ZIMERMAN brought and imported approximately 52 River

13  Stingrays into the United States.

14      16.   On or about December 12, 2004, defendants RIVER WONDERS

15  and ISAAC ZIMERMAN sold and caused the transportation of

16  approximately ten River Stingrays from Los Angeles, California,

17  to Florham Park, New Jersey.

18      17.   On or about December 14, 2004, defendants RIVER

19  WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN knowingly

20  possessed approximately 580 Piranha and approximately 30 River

21  Stingrays with the intent to sell them.

22

23

24

25

26

27

28

COUNTS TWO TO FIVE

[16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(1)(B); 18 U.S.C. § 2(b)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants RIVER WONDERS LLC and ISAAC ZIMERMAN did knowingly engage in conduct that involved the sale and offering for sale of fish with a market value in excess of $350, namely, River Stingrays, by transporting, selling, receiving, and acquiring, and causing the transportation, sale, receipt, and acquisition, of such fish in interstate commerce, knowing that such fish were taken, possessed, transported, and sold in violation of state law and state regulation, namely, Title 14, California Code of Regulations, Section 671(a) and (c)(6)(B), which prohibited the importation, transportation, and possession of River Stingrays:

| Count | Date | Transportation, Sale, Receipt, or Acquisition |
|-------|------|-----------------------------------------------|
| TWO | September 7, 2004 | Sold and caused the transportation of two River Stingrays from Los Angeles, California, to Madison, Wisconsin. |
| THREE | September 19, 2004 | Sold and caused the transportation of eight River Stingrays from Los Angeles, California, to Florham Park, New Jersey. |
| FOUR | October 19, 2004 | Sold and caused the transportation of six River Stingrays from Los Angeles, California, to Florham Park, New Jersey. |
| FIVE | December 12, 2004 | Sold and caused the transportation of ten River Stingrays from Los Angeles, California, to Florham Park, New Jersey. |

1    COUNT SIX

2    [16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2); 18 U.S.C. § 2(b)]

3         In or about October 2004, in Los Angeles County, within the

4    Central District of California, and elsewhere, defendants RIVER

5    WONDERS LLC, ISAAC ZIMERMAN, and LEONOR CATALINA ZIMERMAN did

6    knowingly engage in conduct that involved the sale and offering

7    for sale of fish, namely, one River Stingray and five Piranha, by

8    transporting, selling, receiving, and acquiring, and causing the

9    transportation, sale, receipt, and acquisition of, such fish in

10   interstate commerce, knowing that such fish were taken,

11   possessed, transported, and sold in violation of state law and

12   state regulation, namely, California Fish and Game Code, Section

13   2118(e), which prohibited the importation, transportation, and

14   possession of Piranha; Title 14, California Code of Regulations,

15   Section 671(a) and 671(c)(5)(D)(2), which prohibited the

16   importation, transportation, and possession of Piranha; and Title

17   14, California Code of Regulations, Section 671(a) and (c)(6)(B),

18   which prohibited the importation, transportation, and possession

19   of River Stingrays.

20

21

22

23

24

25

26

27

28

COUNT SEVEN

[16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2); 18 U.S.C. § 2(b)]

In or about November 2004, in Los Angeles County, within the Central District of California, and elsewhere, defendants RIVER WONDERS LLC and ISAAC ZIMERMAN did knowingly engage in conduct that involved the sale and offering for sale of fish, namely, six Piranha, by transporting, selling, receiving, and acquiring, and causing the transportation, sale, receipt, and acquisition of, such fish in interstate commerce, knowing that such fish were taken, possessed, transported, and sold in violation of state law and state regulation, namely, California Fish and Game Code, Section 2118(e), and Title 14, California Code of Regulations, Section 671(a) and 671(c)(5)(D)(2), each of which prohibited the importation, transportation, and possession of Piranha.

Case 2:09-cr-00805-VBF   Document 35   Filed 12/08/09   Page 10 of 14   Page ID #:84

1                                 COUNT EIGHT

2                           [18 U.S.C. §§ 545, 2(b)]

3       On or about November 10, 2004, in Los Angeles County, within

4 the Central District of California, and elsewhere, defendants

5 RIVER WONDERS LLC ("RIVER WONDERS") and ISAAC ZIMERMAN

6 fraudulently and knowingly imported and brought, and caused to be

7 imported and brought, merchandise, namely, approximately 20

8 Arapaima gigas, into the United States contrary to law.

9 Specifically, on that date, defendants RIVER WONDERS, by and

10 through the actions of its agents and employees, and ISAAC

11 ZIMERMAN, imported and brought, and caused to be imported and

12 brought, approximately 20 Arapaima gigas from Peru into the

13 United States without obtaining a permit, in violation of Title

14 16, United States Code, Section 1538, and Title 50, Code of

15 Federal Regulations, Section 23.12, and without reporting or

16 declaring such merchandise to officials of the United States Fish

17 and Wildlife Service, in violation of Title 50, Code of Federal

18 Regulations, Section 14.61.

19

20

21

22

23

24

25

26

27

28

COUNT NINE

[18 U.S.C. § 1519]

In or about November 2004, in Los Angeles County, within the Central District of California, and elsewhere, in a matter within the jurisdiction of a department and agency of the United States, specifically the jurisdiction of the United States Fish and Wildlife Service ("FWS"), defendants RIVER WONDERS LLC ("RIVER WONDERS") and ISAAC ZIMERMAN knowingly altered, covered up, falsified, and made a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter, and in relation to and contemplation of such matter. Specifically, defendants RIVER WONDERS, by and through the actions of its agents and employees, and ISAAC ZIMERMAN, altered, covered up, falsified and made a false entry in a permit required under Title 50, Code of Federal Regulations, Section 23.12, for the importation of Arapaima gigas, in relation to and contemplation of, and with the intent to impede, obstruct, and influence, an investigation into defendant ISAAC ZIMERMAN's importations and exportations of Arapaima gigas.

1

2

## COUNT TEN

[18 U.S.C. § 1505]

3      On or about December 14, 2004, in Los Angeles County, within

4   the Central District of California, defendant ISAAC ZIMERMAN did

5   intentionally and corruptly influence, obstruct and impede, and

6   endeavor to influence, obstruct and impede, the due and proper

7   administration of the law under which a pending proceeding was

8   being had before the United States Fish and Wildlife Service

9   ("FWS").  Specifically, while the FWS was conducting an

10  investigation into the illegal possession and sales of River

11  Stingrays and Piranha, defendant ISAAC ZIMERMAN falsely stated

12  that he had not sold River Stingrays and Piranha in California,

13  whereas in truth and fact, as defendant ISAAC ZIMERMAN then well

14  knew and believed, he had sold River Stingrays and Piranha in

15  California.

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT ELEVEN

[18 U.S.C. § 1001]

On or about December 14, 2004, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the United States, specifically the jurisdiction of the United States Fish and Wildlife Service, defendant ISAAC ZIMERMAN knowingly and willfully made a materially false, fictitious and fraudulent statement and representation, in that defendant ISAAC ZIMERMAN falsely stated that he had not sold River Stingrays and Piranha in California.  When defendant ISAAC ZIMERMAN made this materially false statement and representation, defendant ISAAC ZIMERMAN was well aware that he had sold River Stingrays and Piranha in California.

13

1                         COUNT TWELVE

2                      [18 U.S.C. § 554]

3          On or about April 21, 2008, in Los Angeles County, within

4     the Central District of California, defendants RIVER WONDERS LLC

5     ("RIVER WONDERS") and ISAAC ZIMERMAN did fraudulently and

6     knowingly export and send from the United States, and attempt to

7     export and send from the United States, merchandise, namely,

8     approximately two Arapaima gigas, contrary to law and regulation.

9     Specifically, defendants RIVER WONDERS, by and through the

10    actions of its agents and employees, and ISAAC ZIMERMAN, exported

11    and sent, and attempted to export and send, approximately two

12    Arapaima gigas from the United States without a permit, in

13    violation of Title 16, United States Code, Section 1538, and

14    Title 50, Code of Federal Regulations, Section 23.13, and without

15    reporting or declaring such merchandise to officials of the

16    United States Fish and Wildlife Service, in violation of Title

17    50, Code of Federal Regulations, Section 14.63.

18                              A TRUE BILL.

19

20                              _____/S/_____
                                Foreperson

21    GEORGE S. CARDONA
      Acting United States Attorney
22

23    CHRISTINE C. EWELL
      Assistant United States Attorney
24    Chief, Criminal Division

25    JOSEPH O. JOHNS
      Assistant United States Attorney
26    Chief, Environmental Crimes Section

27    BAYRON T. GILCHRIST
      Assistant United States Attorney
28    Environmental Crimes Section

                        14

# EXHIBIT A-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2010 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 09-805(B)-VBF |
| Plaintiff, | ) ) | S E C O N D  S U P E R C E D I N G  I N D I C T M E N T |
| v. | ) ) | |
| RIVER WONDERS LLC, ISAAC ZIMERMAN, and LEONOR CATALINA ZIMERMAN, | ) ) ) | [18 U.S.C. § 371: Conspiracy; 16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(1)(B), (d)(2): Illegal |
| Defendants. | ) ) ) | Fish Trafficking; 18 U.S.C. § 545: Smuggling Fish into the United States; 18 U.S.C. |
| | ) | § 1519: Alteration or |
| | ) | Falsification of Documents; 18 |
| | ) | U.S.C. § 1505: Obstruction of |
| | ) | Proceedings; 18 U.S.C. § 1001: |
| | ) | False Statement; 18 U.S.C. |
| | ) | § 554: Smuggling Fish From the |
| | ) | United States; 18 U.S.C. §§ |
| | ) | 554, 3147: Smuggling Fish From |
| | ) | the United States While on |
| | ) | Pre-Trial Release; 18 U.S.C. |
| | ) | § 2(b): Causing an Act to Be |
| | ) | Done] |
| | ) | |
| | ) | |

The Grand Jury charges:

INTRODUCTION

At all times relevant to this Indictment:

1.    California Code of Regulations, Title 14, Section

BTG:btg

671(a) and (c)(5)(D)(2), made it unlawful for any person to import, transport, or possess any species of <u>Serrasalmus</u>, <u>Serrasalmo</u>, <u>Pygocentrus</u>, <u>Taddyella</u>, <u>Rooseveltiella</u>, and <u>Pygopristi</u>, commonly known as Piranha. All references to "Piranha" in the Indictment are to fish covered by the aforementioned Section of the California Code of Regulations.

2. California Fish and Game Code, Section 2118(e), made it unlawful for any person to import, transport, or possess any species of Piranha. All references to "Piranha" in the Indictment are to fish covered by the aforementioned Section of the California Fish and Game Code.

3. California Code of Regulations, Title 14, Section 671(a) and (c)(6)(B), made it unlawful for any person to import, transport, or possess any of the family <u>Potamotrygonidae</u>, commonly known as River Stingrays. All references to "River Stingrays" in the Indictment are to fish covered by the aforementioned Section of the California Code of Regulations.

4. The Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") protected certain species of fish, wildlife and plants against overexploitation by regulating trade in the species. Protected species were listed in appendices to CITES. <u>Arapaima gigas</u> was a fish listed as an Appendix II species under CITES. A CITES permit issued by the country of origin was required before <u>Arapaima gigas</u> could be imported into the United States. A CITES permit issued by the United States was required before <u>Arapaima gigas</u> could be exported to another country.

5. These Introductory Allegations are hereby re-alleged

1  and incorporated by reference into each and every count of this

2  Indictment.

COUNT ONE

[18 U.S.C. § 371]

A.    THE OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing to on or about December 14, 2004, in Los Angeles County, within the Central District of California, and elsewhere, defendants RIVER WONDERS LLC ("RIVER WONDERS"), ISAAC ZIMERMAN, and LEONOR CATALINA ZIMERMAN ("CATALINA ZIMERMAN"), and others both known and unknown to the Grand Jury, knowingly combined, conspired, and agreed to traffic in prohibited fish with a market value in excess of $350, in violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B).

B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
      ACCOMPLISHED

The object of the conspiracy was to be carried out, in substance, as follows:

1.    Defendants RIVER WONDERS and ISAAC ZIMERMAN would import Piranha and River Stingrays into California.

2.    Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN would advertise Piranha and River Stingrays for sale on the internet.

3.    Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN would discuss purchasing Piranha and River Stingrays with potential customers.

4.    Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN would take orders for Piranha and River Stingrays from customers outside California.

4

1       5.   Defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

2  ZIMERMAN would sell Piranha and River Stingrays to customers

3  outside California and cause Piranha and River Stingrays to be

4  transported outside California.

5  C.   OVERT ACTS

6       In furtherance of the conspiracy, and to accomplish its

7  object, defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA

8  ZIMERMAN, together with others known and unknown to the Grand

9  Jury, committed and willfully caused others to commit the

10  following overt acts, among others, in the Central District of

11  California and elsewhere:

12      1.  On or about October 23, 2003, defendants RIVER WONDERS

13  and ISAAC ZIMERMAN brought and imported approximately 827 Piranha

14  and approximately 44 River Stingrays into the United States.

15      2.  On or about August 25, 2004, defendants RIVER WONDERS

16  and ISAAC ZIMERMAN offered Piranha for sale on RIVER WONDERS'

17  website.

18      3.  On or about August 30, 2004, defendants RIVER WONDERS

19  and CATALINA ZIMERMAN offered to sell Piranha to an undercover

20  law enforcement officer ("UC").

21      4.  On or about September 3, 2004, defendant ISAAC ZIMERMAN,

22  in response to a question by the UC about whether ISAAC ZIMERMAN

23  was in the fish business, falsely stated that ISAAC ZIMERMAN

24  raised fish only as a hobby and was not in the fish business, in

25  an attempt to conceal the illegal sales of Piranha and River

26  Stingrays by defendants RIVER WONDERS, ISAAC ZIMERMAN, and

27  CATALINA ZIMERMAN.

28

1       5.  On or about September 3, 2004, defendants RIVER WONDERS,

2  ISAAC ZIMERMAN, and CATALINA ZIMERMAN possessed River Stingrays

3  with the intent to sell them.

4       6.  On or about September 7, 2004, defendants RIVER WONDERS

5  and ISAAC ZIMERMAN sold and caused the transportation of

6  approximately two River Stingrays from Los Angeles, California,

7  to Madison, Wisconsin.

8       7.  On or about September 17, 2004, defendants RIVER

9  WONDERS, ISAAC ZIMERMAN and CATALINA ZIMERMAN possessed Piranha

10  with the intent to sell them.

11       8.  On or about September 17, 2004, defendant CATALINA

12  ZIMERMAN admitted in a conversation with the UC to possessing

13  Piranha, and asked the UC not to tell anyone about the Piranha,

14  in an attempt to conceal the illegal sales of Piranha by

15  defendants RIVER WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN.

16       9.  On or about September 19, 2004, defendants RIVER WONDERS

17  and ISAAC ZIMERMAN sold and caused the transportation of

18  approximately eight River Stingrays from Los Angeles, California,

19  to Florham Park, New Jersey.

20       10.  On or about September 24, 2004, defendants RIVER

21  WONDERS and ISAAC ZIMERMAN brought and imported approximately 48

22  River Stingrays into the United States.

23       11.  On or about October 13, 2004, defendants RIVER WONDERS

24  and ISAAC ZIMERMAN brought and imported approximately 44 River

25  Stingrays into the United States.

26       12.  In or about October 2004, defendants RIVER WONDERS,

27  ISAAC ZIMERMAN, and CATALINA ZIMERMAN sold and caused the

28

1  transportation of approximately five Piranha and one River
2  Stingray from Los Angeles, California, to Las Vegas, Nevada.

3      13.  On or about October 19, 2004, defendants RIVER WONDERS
4  and ISAAC ZIMERMAN sold and caused the transportation of
5  approximately six River Stingrays from Los Angeles, California,
6  to Florham Park, New Jersey.

7      14.  In or about November 2004, defendants RIVER WONDERS and
8  ISAAC ZIMERMAN sold and caused the transportation of
9  approximately six Piranha from Los Angeles, California, to Las
10  Vegas, Nevada.

11      15.  On or about November 10, 2004, defendants RIVER WONDERS
12  and ISAAC ZIMERMAN brought and imported approximately 52 River
13  Stingrays into the United States.

14      16.  On or about December 12, 2004, defendants RIVER WONDERS
15  and ISAAC ZIMERMAN sold and caused the transportation of
16  approximately ten River Stingrays from Los Angeles, California,
17  to Florham Park, New Jersey.

18      17.  On or about December 14, 2004, defendants RIVER
19  WONDERS, ISAAC ZIMERMAN, and CATALINA ZIMERMAN knowingly
20  possessed approximately 580 Piranha and approximately 30 River
21  Stingrays with the intent to sell them.

22

23

24

25

26

27

28

1               COUNTS TWO TO FIVE

2    [16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(1)(B); 18 U.S.C. § 2(b)]

3         On or about the following dates, in Los Angeles County,

4    within the Central District of California, and elsewhere,

5    defendants RIVER WONDERS LLC and ISAAC ZIMERMAN did knowingly

6    engage in conduct that involved the sale and offering for sale of

7    fish with a market value in excess of $350, namely, River

8    Stingrays, by transporting, selling, receiving, and acquiring,

9    and causing the transportation, sale, receipt, and acquisition,

10   of such fish in interstate commerce, knowing that such fish were

11   taken, possessed, transported, and sold in violation of state law

12   and state regulation, namely, Title 14, California Code of

13   Regulations, Section 671(a) and (c)(6)(B), which prohibited the

14   importation, transportation, and possession of River Stingrays:

| Count | Date | Transportation, Sale, Receipt, or Acquisition |
|-------|------|-----------------------------------------------|
| TWO | September 7, 2004 | Sold and caused the transportation of two River Stingrays from Los Angeles, California, to Madison, Wisconsin. |
| THREE | September 19, 2004 | Sold and caused the transportation of eight River Stingrays from Los Angeles, California, to Florham Park, New Jersey. |
| FOUR | October 19, 2004 | Sold and caused the transportation of six River Stingrays from Los Angeles, California, to Florham Park, New Jersey. |
| FIVE | December 12, 2004 | Sold and caused the transportation of ten River Stingrays from Los Angeles, California, to Florham Park, New Jersey. |

COUNT SIX

[16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2); 18 U.S.C. § 2(b)]

In or about October 2004, in Los Angeles County, within the Central District of California, and elsewhere, defendants RIVER WONDERS LLC, ISAAC ZIMERMAN, and LEONOR CATALINA ZIMERMAN did knowingly engage in conduct that involved the sale and offering for sale of fish, namely, one River Stingray and five Piranha, by transporting, selling, receiving, and acquiring, and causing the transportation, sale, receipt, and acquisition of, such fish in interstate commerce, knowing that such fish were taken, possessed, transported, and sold in violation of state law and state regulation, namely, California Fish and Game Code, Section 2118(e), which prohibited the importation, transportation, and possession of Piranha; Title 14, California Code of Regulations, Section 671(a) and 671(c)(5)(D)(2), which prohibited the importation, transportation, and possession of Piranha; and Title 14, California Code of Regulations, Section 671(a) and (c)(6)(B), which prohibited the importation, transportation, and possession of River Stingrays.

1                 COUNT SEVEN

2     [16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2); 18 U.S.C. § 2(b)]

3        In or about November 2004, in Los Angeles County, within the

4 Central District of California, and elsewhere, defendants RIVER

5 WONDERS LLC and ISAAC ZIMERMAN did knowingly engage in conduct

6 that involved the sale and offering for sale of fish, namely, six

7 Piranha, by transporting, selling, receiving, and acquiring, and

8 causing the transportation, sale, receipt, and acquisition of,

9 such fish in interstate commerce, knowing that such fish were

10 taken, possessed, transported, and sold in violation of state law

11 and state regulation, namely, California Fish and Game Code,

12 Section 2118(e), and Title 14, California Code of Regulations,

13 Section 671(a) and 671(c)(5)(D)(2), each of which prohibited the

14 importation, transportation, and possession of Piranha.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT EIGHT

[18 U.S.C. §§ 545, 2(b)]

On or about November 10, 2004, in Los Angeles County, within the Central District of California, and elsewhere, defendants RIVER WONDERS LLC ("RIVER WONDERS") and ISAAC ZIMERMAN fraudulently and knowingly imported and brought, and caused to be imported and brought, merchandise, namely, approximately 20 Arapaima gigas, into the United States contrary to law. Specifically, on that date, defendants RIVER WONDERS, by and through the actions of its agents and employees, and ISAAC ZIMERMAN, imported and brought, and caused to be imported and brought, approximately 20 Arapaima gigas from Peru into the United States without obtaining a permit, in violation of Title 16, United States Code, Section 1538, and Title 50, Code of Federal Regulations, Section 23.12, and without reporting or declaring such merchandise to officials of the United States Fish and Wildlife Service, in violation of Title 50, Code of Federal Regulations, Section 14.61.

11

COUNT NINE

[18 U.S.C. § 1519]

In or about November 2004, in Los Angeles County, within the Central District of California, and elsewhere, in a matter within the jurisdiction of a department and agency of the United States, specifically the jurisdiction of the United States Fish and Wildlife Service ("FWS"), defendants RIVER WONDERS LLC ("RIVER WONDERS") and ISAAC ZIMERMAN knowingly altered, covered up, falsified, and made a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter, and in relation to and contemplation of such matter. Specifically, defendants RIVER WONDERS, by and through the actions of its agents and employees, and ISAAC ZIMERMAN, altered, covered up, falsified and made a false entry in a permit required under Title 50, Code of Federal Regulations, Section 23.12, for the importation of Arapaima gigas, in relation to and contemplation of, and with the intent to impede, obstruct, and influence, an investigation into defendant ISAAC ZIMERMAN's importations and exportations of Arapaima gigas.

12

COUNT TEN

[18 U.S.C. § 1505]

On or about December 14, 2004, in Los Angeles County, within the Central District of California, defendant ISAAC ZIMERMAN did intentionally and corruptly influence, obstruct and impede, and endeavor to influence, obstruct and impede, the due and proper administration of the law under which a pending proceeding was being had before the United States Fish and Wildlife Service ("FWS"). Specifically, while the FWS was conducting an investigation into the illegal possession and sales of River Stingrays and Piranha, defendant ISAAC ZIMERMAN falsely stated that he had not sold River Stingrays and Piranha in California, whereas in truth and fact, as defendant ISAAC ZIMERMAN then well knew and believed, he had sold River Stingrays and Piranha in California.

COUNT ELEVEN

[18 U.S.C. § 1001]

On or about December 14, 2004, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the United States, specifically the jurisdiction of the United States Fish and Wildlife Service, defendant ISAAC ZIMERMAN knowingly and willfully made a materially false, fictitious and fraudulent statement and representation, in that defendant ISAAC ZIMERMAN falsely stated that he had not sold River Stingrays and Piranha in California.  When defendant ISAAC ZIMERMAN made this materially false statement and representation, defendant ISAAC ZIMERMAN was well aware that he had sold River Stingrays and Piranha in California.

14

Case 2:09-cr-00805-VBF   Document 43   Filed 05/14/10   Page 15 of 17   Page ID #:165

COUNT TWELVE

[18 U.S.C. § 554]

On or about April 21, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendants RIVER WONDERS LLC ("RIVER WONDERS") and ISAAC ZIMERMAN did fraudulently and knowingly export and send from the United States merchandise, namely, two Arapaima gigas, contrary to law and regulation.  Specifically, defendants RIVER WONDERS, by and through the actions of its agents and employees, and ISAAC ZIMERMAN, exported and sent approximately two Arapaima gigas from the United States without a permit, in violation of Title 16, United States Code, Section 1538, and Title 50, Code of Federal Regulations, Section 23.13, and without reporting or declaring such merchandise to officials of the United States Fish and Wildlife Service, in violation of Title 50, Code of Federal Regulations, Section 14.63.

15

COUNT THIRTEEN

[18 U.S.C. §§ 554, 3147]

On or about March 4, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendants RIVER WONDERS LLC ("RIVER WONDERS") and ISAAC ZIMERMAN did fraudulently and knowingly attempt to export and send from the United States merchandise contrary to law and regulation, and sell and facilitate the transportation of merchandise, prior to exportation, knowing the merchandise to be intended for exportation contrary to law and regulation.  Specifically, defendants RIVER WONDERS, by and through the actions of its agents and employees, and ISAAC ZIMERMAN attempted to export and send, and sold and facilitated the transportation of merchandise, prior to exportation, knowing the merchandise to be intended for exportation contrary to law and regulation, namely, approximately

//

//

1  ten Arapaima gigas from the United States without a permit, in

2  violation of Title 16, United States Code, Section 1538, and

3  Title 50, Code of Federal Regulations, Section 23.13.

4       Defendant ISAAC ZIMERMAN committed this offense while he was

5  on pre-trial release.

6                              A TRUE BILL

7

8                                    /S/
                              _____
8                             Foreperson

9

10  ANDRÉ BIROTTE JR.
    United States Attorney

11

12

13  CHRISTINE C. EWELL
    Assistant United States Attorney
14  Chief, Criminal Division

15  JOSEPH O. JOHNS
    Assistant United States Attorney
16  Chief, Environmental Crimes Section

17  BAYRON T. GILCHRIST
    Assistant United States Attorney
18  Environmental Crimes Section

19

20

21

22

23

24

25

26

27

28

                              17

I hereby attest and certify on 9-21-2015
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1203

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:09-CR-00805-VBF-2 |
| v. | |
| Isaac Zimerman | **WARRANT FOR ARREST** |
| Defendant(s). | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _ISAAC ZIMERMAN_

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint  ☐ Indictment
☐ Information  ☑ Order of Court  ☐ Violation Petition          ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

 Violation of Pretrial Release

in violation of Title 18_____ United States Code, Section(s) 3148_____

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | _7/9/10; Los Angeles, CA_ |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| _Kendra Bradshaw_ | By _Valerie Baker Fairbank_ |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

I HEREBY ATTEST AND CERTIFY ON _12/5/2014_
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND
CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

UNITED STATES MARSHAL
CENTRAL DISTRICT OF CALIFORNIA

BY _____

PS 8
12/04

*United States Pretrial Services*

for

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

JUL -9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

U.S.A. vs. Zimerman, Isaac

DOCKET NO. 2:09-CR-00805-VBF-2

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW GEORGE M. WALKER, CHIEF UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Isaac Zimerman who was placed under pretrial release supervision by The Honorable R. Gary Klausner sitting in the court at Los Angeles, California, on the 10th day of June 2010, under the following conditions:

1. Pretrial Services(PSA) supervision.
2. Surrender all passports to PSA or sign a declaration and not apply for the issuance of a passport during the pendency of this case
3. The defendant shall report in-person to PSA weekly
4. The defendant shall not directly or indirectly engage in his business pending trial currently scheduled for July 27, 2010.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant's whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER issuance of a Bench Warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Isaac Zimerman before the United States District Court at Los Angeles, California, to show cause why his bond should not be revoked.

### ORDER OF THE COURT

Considered and ordered this 9 day of _____ 2010, and ordered filed and made a part of the records in the above case.

_____
The Honorable Valerie Baker Fairbank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 9, 2010

_____
Shakira M. Tillmon
U.S. Pretrial Services Officer

_____
Todd Sauber
Supervising U.S. Pretrial Services Officer
Place: Los Angeles, California

# EXHIBIT C

## <u>RELEVANT PORTIONS OF APPLICABLE STATUTES</u>

**Exhibit C** contains the applicable portions of statutes describing the offenses with which ISAAC ZIMERMAN is charged, the statute of limitations, and the penalties ZIMERMAN faces if convicted.  Asterisks are used to indicate portions of the statutes which are omitted because these portions do not apply to the case against ZIMERMAN.

## Title 18, United States Code, Section 371

### § 371. Conspiracy to commit offense or to defraud United States

If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.

Title 16, United States Code, Section 3372

**§ 3372 – Prohibited acts**

**(a) Offenses other than marking offenses**

It is unlawful for any person –

\* \* \*

**(2)** to import, export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce –

**(A)** any fish or wildlife taken, possessed, transported, or sold in violation of any law or regulation of any State or in violation of any foreign law;

## Title 16, United States Code, Section 3373

**§ 3373 – Penalties and sanctions**

* * *

(d)  **Criminal penalties**

(1) Any person who –

(B) violates any provision of this chapter (other than subsections (b), (d), and (f) of section 3372 of this title) by knowingly engaging in conduct that involves the sale or purchase of, the offer of sale or purchase of, or the intent to sell or purchase, fish or wildlife or plants with a market value in excess of $350,

knowing that the fish or wildlife or plants were taken, possessed, transported, or sold in violation of, or in a manner unlawful under, any underlying law, treaty or regulation, shall be fined not more than $20,000, or imprisoned for not more than five years, or both. Each violation shall be a separate offense and the offense shall be deemed to have been committed not only in the district where the violation first occurred, but also in any district in which the defendant may have taken or been in possession of the said fish or wildlife or plants.

(2) Any person who knowingly engages in conduct prohibited by any provision of this chapter (other than subsections (b), (d), and (f) of section 3372 of this title) and in the exercise of due care should know that the fish or wildlife or plants were taken, possessed, transported, or sold in violation of, or in a manner unlawful under, any underlying law, treaty or regulation shall be fined not more than $10,000, or imprisoned for not more than one year, or both. Each violation shall be a separate offense and the offense shall be deemed to have been committed not only in the district where the violation first occurred, but also in any district in which the defendant may have taken or been in possession of the said fish or wildlife or plants.

**Title 18, United States Code, Section 2**

## § 2.  Principals

(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as principal.

(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

Title 18, United States Code, Section 545

### § 545.  Smuggling goods into the United States

Whoever knowingly and willfully, with intent to defraud the United States, smuggles, or clandestinely introduces or attempts to smuggle or clandestinely introduce into the United States any merchandise which should have been invoiced, or makes out or passes, or attempts to pass, through the customhouse any false, forged, or fraudulent invoice, or other document or paper; or

Whoever fraudulently or knowingly imports or brings into the United States, any merchandise contrary to law, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law —

Shall be fined under this title or imprisoned not more than 20 years, or both.

## Title 18, United States Code, Section 554

### § 554. Smuggling goods from the United States

Whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, shall be fined under this title; imprisoned not more than 10 years, or both.

Title 18, United States Code, Section 1519

§ 1519.  Destruction, alteration or falsification of records in Federal

Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States. . .or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both.

Title 18, United States Code, Section 1621

§ 1621.  Perjury generally

Whoever —

\* \* \*

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true; is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

## Title 28, United States Code, Section 1746

### § 1746.  Unsworn declarations under penalty of perjury

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same . . . , such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

\* \* \*

(2)  If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).
(Signature)".

## Title 18, United States Code, Section 3282

**§ 3282.  Offenses not capital**

(a) **In general.—** Except as otherwise expressly provided by law, no person shall be prosecuted, tried, or punished for any offense, not capital, unless the indictment is found or the information is instituted within five years next after such offense shall have been committed.

\* \* \*

## RELEVANT PORTIONS OF CALIFORNIA STATUTES

### California Fish and Game Code Section 2118(e)

**§ 2118.** It is unlawful to import, transport, possess, or release alive into this state, except under a revocable, nontransferable permit as provided in this chapter and the regulations pertaining thereto, any wild animal of the following species:

* * *

**(e)** Class Osteichthyes (bony fishes)

* * *

All species of piranhas

## California Code of Regulations, Title 14, Section 671

### §671. Importation, Transportation, and Possession of Live Restricted Amimals

(a) It shall be unlawful to import, transport, or possess live animals restricted in subsection (c) below except under permit issued by the [Department of Fish and Game]. Permits may be issued by the department as specified herein and for purposes designated in Section 671.1 subject to the conditions and restrictions designated by the department. Except for mammals listed in Fish and Game Code Section 3950 or live aquatic animals requiring a permit pursuant to Fish and Game Code Section 2271, no permit is required by this section for any animal being imported, transported, or possessed pursuant to any other permit issued by the department. Cities and counties may also prohibit possession or require a permit for these and other species not requiring a state permit.

* * *

(c) Restricted species include:

* * *

(5) Class Osteichthyes–Bony Fishes

(D) Family Characidae– Characins

* * *

2. All species of the genera Serrasalmus, Serrasalmo, Pygocentrus, Taddyella, Rooseveltiella, and Pygopristis (Piranhas) (D).

* * *

(6) Class Elasmobranchiomorphi–Cartilaginous Fishes

* * *

(B) Family Potamotrygonidae–River stingrays

## RELEVANT PORTIONS OF THE CONVENTION ON INTERNATIONAL TRADE IN ENDANGERED SPECIES OF WILD FAUNA AND FLORA (CITES)

* * *

**Article IV**

**Regulation of trade in specimens of species included in Appendix II**

1. All trade in specimens of species included in Appendix II shall be in accordance with the provisions of this Article.

2. The export of any specimen of a species included in Appendix II shall require the prior grant and presentation of an export permit. An export permit shall only be granted when the following conditions have been met:

   (a) a Scientific Authority of the State of export has advised that such export will not be detrimental to the survival of that species;

   (b) a Management Authority of the State of export is satisfied that the specimen was not obtained in contravention of the laws of that State for the protection of fauna and flora; and

   (c) a Management Authority of the State of export is satisfied that any living specimen will be so prepared and shipped as to minimize the risk of injury, damage to health or cruel treatment.

3. A Scientific Authority in each Party shall monitor both the export permits granted by that State for specimens of species included in Appendix II and the actual exports of such specimens. . .

4. The import of any specimen of a species included in Appendix II shall require the prior presentation of either an export permit or a re-export certificate.

5. The re-export of any specimen of a species included in Appendix II shall require the prior grant and presentation of a re-export certificate. A re-export certificate shall only be granted when the following conditions have been met:

   (a) a Management Authority of the State of re-export is satisfied that the specimen was imported into that State in accordance with the provisions of the present Convention; and

   (b) a Management Authority of the State of re-export is satisfied that any living specimen will be so prepared and shipped as to minimize the risk of injury, damage to health or cruel treatment.

6. The introduction from the sea of any specimen of a species included in Appendix II shall require the prior grant of a certificate from a Management Authority of the State of introduction. A certificate shall only be granted when the following conditions have been met:

(a) a Scientific Authority of the State of introduction advises that the introduction will not be detrimental to the survival of the species involved; and

(b) a Management Authority of the State of introduction is satisfied that any living specimen will be so handled as to minimize the risk of injury, damage to health or cruel treatment.

7. Certificates referred to in paragraph 6 of this Article may be granted on the advice of a Scientific Authority, in consultation with other national scientific authorities or, when appropriate, international scientific authorities, in respect of periods not exceeding one year for total numbers of specimens to be introduced in such periods.

* * *

**CITES APPENDIX II**

**CLASS ACTINOPTERYGII
(FISHES)**

* * *

Arapaima gigas

* * *

## Relevant Portion of Selected Cases

__United States v. Tuohey__, 867 F.2d 534, 537 (9th Cir. 1989)

"Three elements establish a conspiracy under sections 371: an agreement to achieve an unlawful objective, an overt act in furtherance of the illegal purpose, and the requisite intent to [commit the underlying offense.]"

__United States v. Dunn, 564 F.2d 348, 357 (9th Cir. 1977)__

"Once the existence of a conspiracy is established, evidence establishing beyond a reasonable doubt a connection of a defendant with the conspiracy, even though the *connection is slight*, is sufficient to convict him with knowing participation in the conspiracy. Thus, the word "slight" properly modifies "connection" and not "evidence." It is tied to that which is proved, not to the type of evidence or the burden of proof."

__United States v. Hernandez, 876 F.2d 774, 777__ (9th Cir. 1989)

"The prosecution need not show the agreement to have been explicit. An implicit agreement may be inferred from the facts and circumstances of the case."

__United States v. Liu, 731 F.3d 982, 996-97__ (9th Cir. 2013)

"Generally speaking, the return of an indictment tolls the statute of limitations with respect to the charges contained in the indictment. . . . Generally speaking, the return of an indictment tolls the statute of limitations with respect to the charges contained in the indictment."

__United States v. Sears, Roebuck & Company, Inc., 785 F.2d 777, 778__ (9th Cir. 1986)

"Once an indictment is returned the statute of limitations is tolled as to the charges contained in the indictment. . . . A superseding indictment returned while the first indictment is pending is timely unless it "broadens or substantially amends the charges in the original indictment.""

# EXHIBIT D

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

        v.

ISAAC ZIMERMAN,

        Defendant.

Case Number CR 09-805 (B) -VBF

<u>AFFIDAVIT IN SUPPORT OF
REQUEST FOR EXTRADITION</u>

I, Ed Newcomer, being duly sworn, depose and state:

1.      I am a citizen of the United States of America currently residing in Los Angeles, California.

2.      I am a Special Agent of the United States Department of the Interior, Fish and Wildlife Service ("Fish and Wildlife Service") assigned to the Torrance, California, field office. I have been employed as a Special Agent with the Fish and Wildlife Service since September of 2002.

3.      During my employment with the Fish and Wildlife Service, I have conducted and participated in numerous investigations pertaining to violations of federal and state wildlife laws. I have conducted surveillance, gathered intelligence, executed search warrants, questioned witnesses, worked with informants, used electronic surveillance, conducted undercover operations, and identified and traced proceeds from transactions involving illegal wildlife trafficking.

4.      I am familiar with the ways in which domestic and international wildlife traffickers conduct their business, including the methods used in importing and exporting wildlife and wildlife products to and from the United States, and the methods used to distribute

1

illegal wildlife inside the United States.  I am also familiar with the state and federal criminal laws, particularly those laws relating to the regulation of wildlife.

5.   I am one of the Fish and Wildlife Special Agents assigned to this case, which involved an investigation ISAAC ZIMERMAN, alias "Isaac Zimerman-Spindel" and his former business known as River Wonders, LLC., for the trafficking in a variety of prohibited and/or protected species of fish.  I am familiar with the charges and the evidence in the case against ZIMERMAN.  This evidence includes information obtained from witnesses including law enforcement agents, documentary evidence, and other evidence as described below.

## SUMMARY OF THE EVIDENCE

6.   The investigation revealed that ZIMERMAN illegally trafficked fish.  These fish were either regulated by California state law or protected by The Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES").  California State law makes it unlawful for any person to import, transport or possess serrasalmus, serrasalmo, pygocentrus, taddyella, rosseveltiella, and pygopristis, commonly known as piranha and potamotrygonidae, commonly known as river stingrays.  CITES protects certain species of fish, wildlife and plants against overexploitation and by regulating trade in the species.  Protected species are listed in appendices to CITES.  Arapaima gigas is listed as a protected species of fish under Appendix II of CITES.  A CITES permit issued by the country of export is required before Arapaima gigas can be imported into the United States and a CITES permit issued by the United States is required before Arapaima gigas can be exported from the United States to another country.  The United States and Mexico are signatories to CITES.

2

7.    On August 24, 2004, I received information from an anonymous source that indicated ZIMERMAN was selling live piranha and fresh-water stingray fish over the Internet. Later on August 24, 2004, based upon the information I received, I viewed a website for a company called "River Wonders" and confirmed that the site offered live piranha and fresh-water stingray (commonly known as river stingrays). Both species of fish are illegal to import and possess in the state of California. I also confirmed that River Wonders' website offered to sell and ship both piranha and river stingrays to buyers outside of the state of California. River Wonders posted a telephone number on its website. The telephone number belonged to a West Hills, California, address located at 6709 West Corie Lane. The investigation determined that this address was the home of ZIMERMAN and his wife, Leonor Zimerman. Attached to this affidavit as **Attachment D-1** are printouts of pages from the River Wonders' website.

8.    On September 3, 2004, I conducted surveillance of ZIMERMAN's home and observed a blue van parked in the driveway with a sign on the side of its door that read "RIVER WONDERS." While conducting surveillance, I observed a man inside of the home's garage. While dressed in civilian clothes, I walked up to ZIMERMAN's house and ZIMERMAN greeted me at the garage door, which was open. I observed that the entire interior of the garage was filled with an interconnected system of fish tanks that held what appeared to be hundreds of live fish. I saw that some of the tanks contained live river stingrays. I asked ZIMERMAN about the fish and he confirmed that the tanks indeed contained river stingrays from South America. I also noticed numerous shipping boxes with PayPal shipping labels attached to them listing River Wonders as the sender. While I was present with ZIMERMAN in the garage, he received numerous telephone

3

calls. During these calls, I heard ZIMERMAN talk to the callers about the availability and shipment of various live fish.

9.      On September 17, 2004, I returned to ZIMERMAN's home with Fish and Wildlife Service special agent, Erin Dean. Again, the door to ZIMERMAN's garage was open and the various fish tanks were readily visible. Special Agent Dean and I, dressed in civilian clothes, were greeted by Leonor Zimerman. We did not identify ourselves as Fish and Wildlife Service special agents. She gave us a tour of the garage. During the tour, Leonor Zimerman explained the tank system and identified some of the fish in the tanks as piranha and river stingrays. When discussing the live piranha, Leonor Zimerman commented that the piranha were illegal and asked us not to tell anyone.

10.     As part of the investigation, I spoke with other Fish and Wildlife Service personnel. Fish and Wildlife Service Inspector Dahlia Merida informed me that on September 24, 2004, she inspected a shipment of live fish that was imported into the United States by River Wonders and ZIMERMAN. Inspector Merida told me that the shipment contained 48 live river stingrays. The river stingrays were lawfully seized by Game Warden Rebecca Hartman of the California Department of Fish and Game. Game Warden Hartman told me that after the fish were seized, she informed ZIMERMAN that the fish were seized because it was illegal to import live river stingrays into the state of California or to possess them within the state.

11.     As part of my investigation, I interviewed Fish and Wildlife Service Wildlife Inspector Robin Bepler, assigned to the Fish and Wildlife Service field office in Miami, Florida, and I also reviewed the investigative reports that she prepared. On November, 10, 2004, Wildlife Inspector Bepler conducted a routine inspection of a shipment of live fish that

4

were in the process of being imported by ZIMERMAN and River Wonders. The fish, which were shipped from the country of Peru, were supposed to transit through the Port of Miami, and were to be delivered to ZIMERMAN/River Wonders in California. While inspecting the shipment, Wildlife Inspector Bepler discovered 20 live Arapaima gigas fish. Neither ZIMERMAN nor River Wonders declared these Arapaima gigas fish to the Fish and Wildlife Service as required by law and there was no CITES export permit from Peru for the shipment. Wildlife Inspector Bepler lawfully seized all of the Arapaima gigas fish in this shipment. Attached to this affidavit as **Attachment D-2** is an excerpt from a Report of Investigation detailing this importation of Arapaima gigas fish by ZIMERMAN and River Wonders and Wildlife Inspector Bepler's seizure of the fish.

12.  On December 14, 2004, I, along with other Fish and Wildlife Service special agents, lawfully searched ZIMERMAN's home including his garage. Inside the garage, other special agents and I located and lawfully seized approximately 580 live piranha and 33 live river stingrays. We also located and lawfully seized numerous documents reflecting the sale and shipment of live piranha, river stingrays and Arapaima gigas fish by ZIMERMAN and River Wonders, and computer hard drives. Attached to this affidavit as **Attachment D-3** is a copy of a spreadsheet compiled from information lawfully retrieved from PayPal records showing numerous internet sales by ZIMERMAN/River Wonders of "Small Red Belly Piranha," "Small Black Piranha," and Medium Red Belly Piranha." Attached to this affidavit as **Attachment D-4** is a copy of a spreadsheet compiled from information lawfully retrieved from PayPal records showing numerous internet sales by ZIMERMAN/River Wonders of "Motoro Ray," "Leopoldi Ray," and "Mottled Ray" fish, also known as river stingrays.

5

13.     During the lawful search of ZIMERMAN's home and garage on December 14, 2004, I also questioned ZIMERMAN regarding his involvement in the importation and sale of live piranha and river stingrays.  During my interview with ZIMERMAN, he falsely stated that he had not sold any live piranha or river stingrays to anyone in the state of California, and repeatedly denied doing so.  However, I subsequently reviewed PayPal sales records and handwritten notes that were lawfully seized inside of ZIMERMAN's home that detail numerous transactions involving the sale of live piranha and river stingrays to individuals within the state of California.  I contacted four of the California customers listed in ZIMERMAN's PayPal sales records and verified that these four customers had, in fact, purchased and received live piranha or river stingrays from ZIMERMAN and River Wonders.  Attached to this affidavit as **Attachment D-5** is a Report of Investigation detailing my interviews of four of the customers who purchased piranha or river stingrays from ZIMERMAN and River Wonders.

14.     The lawfully seized documents from PayPal relating to ZIMERMAN and River Wonders' sales, in addition to other evidence found during the search, reveal that River Wonders, ZIMERMAN and Leonor Zimerman sold approximately $78,000 worth of piranha and stingrays that were either interstate or international sales.  The records show that they sold over $20,000 worth of river stingrays and piranha within the state of California.

15.     In April 2005, I reviewed some of the documents seized during the lawful search of ZIMERMAN's home and garage on December 14, 2004.  I also reviewed the results of the analysis of ZIMERMAN's computer hard drives lawfully seized during the December 14, 2004, search.  While reviewing ZIMERMAN's documents and the results of the

analysis of his computer hard drives, I discovered what appeared to be digital scans of CITES permits from Peru. Some of the documents were digitally divided into sections including the background of the CITES permit, the CITES logo, and the tabled section of the document where data is normally entered into the CITES permit. The scanned documents retrieved off of ZIMERMAN's computer and the printed hard copies depict a Peruvian CITES permit number 5182. The investigation suggests that the original permit number 5182 was issued by the country of Peru for the exportation of Arapaima gigas fish. The original copy appeared to be valid between March and September of 2004. An altered copy of the original, bearing the same number, was changed to be valid between April and October 2004. Other changes were made to the altered copy of the original permit in other fields.

16.  I sent the contents of ZIMERMAN's computer to the Fish and Wildlife Service Forensics Laboratory for additional analysis. On July 1, 2009, I spoke with the forensics lab regarding the CITES permit number 5182 found on ZIMERMAN's computer. Forensic lab technicians informed me that the files containing parts of the CITES permit number 5182 had been imported into a program known as Photoshop or a program that uses Photoshop files. The CITES document was separated into layers that would allow for a new CITES permit to be printed with altered dates and other altered information. The forensic technicians informed me that the document was last modified on November 30, 2004, just 20 days after ZIMERMAN's shipment of Arapaima gigas fish were seized by Wildlife Inspector Bepler in Miami, Florida, as described above. Attached to this affidavit as **Attachment D-6** are copies of the documents retrieved from ZIMERMAN's

computer by the Fish and Wildlife Service Forensic Laboratory and documents related to the search of ZIMERMAN's computer.

17.    On April 29, 2008, I spoke by telephone with Brenda Buchart, a Federal Wildlife Officer employed by Environment Canada.  Officer Buchart told me that late on April 21, 2008, a shipment of live fish arrived in Vancouver, British Columbia, Canada, via Alaska Airlines from Los Angeles, California.  The shipment of live fish was addressed to a Canadian resident.  The shipper of the live fish was ZIMERMAN/River Wonders in West Hills, Los Angeles, California.  According to Officer Buchart, she inspected the shipment and found two live juvenile Arapaima gigas fish.  Officer Buchart confirmed that there was no CITES export permit issued by the United States accompanying the shipment.  Attached hereto as **Attachment D-7** are copies of documents obtained from, and correspondence with, Environment Canada about this shipment of live fish and photographs.  I also reviewed Fish and Wildlife Service import/export records and found no record of any declaration filed by River Wonders or ZIMERMAN for the export of live Arapaima gigas fish on April 21, 2008.

18.    During my investigation of ZIMERMAN and River Wonders, I reviewed transaction records from PayPal for an account held by ZIMERMAN and River Wonders.  Those records indicated, among other things, that River Wonders received orders and payment for the following live fish and reflected their shipment to states outside of California:

a.    On September 7, 2004, ZIMERMAN sold two "henlei" river stingrays to a buyer in Madison, Wisconsin.  Henlei refers to potamotrygon henlei, which is a species of fresh-water stingray.  I later interviewed a person who told me that he ordered and received a number of shipments of live river stingrays from ZIMERMAN and River

Wonders using his wife's PayPal account. Attached to this affidavit as **Attachment D-8** is a portion of a spreadsheet compiled from information lawfully obtained from eBay and/or PayPal, containing the September 7, 2004 purchase of river stingrays.

b.   On September 19, 2004, ZIMERMAN and River Wonders sold eight river stingrays to "Ely's Aquatic Farm" in Florham Park, New Jersey. The records reflected the sale and shipment of one rose motoro, four small motoros, two large henlei, and one scarlett for the purchase price of $1,030. The names of all of these fish are the names of individual species of fresh-water river stingrays. I later interviewed Mr. Steve Elias, who confirmed that he owns Ely's Aquatic Farm. Elias also confirmed that he purchased and received fresh-water river stingrays from ZIMERMAN and River Wonders on several occasions in and around September 2004. Attached to this affidavit as **Attachment D-8** is the entry on that corresponds to the September 19, 2004 purchase of river stingrays by Ely's Aquatic Farm.

c.   On October 19, 2004, ZIMERMAN and River Wonders sold six river stingrays to Ely's Aquatic Farm in Florham Park, New Jersey. The records reflect the sale and shipment of two henlei, three leopoldi, and one orgibini fresh-water river stingray for the purchase price of $1,230. The names of all of these fish are the names of individual species of fresh-water river stingrays. During my interview with Elias, as discussed in the paragraph above, he confirmed that he purchased and received fresh-water river stingrays from ZIMERMAN and River Wonders on several occasions in and around October 2004. Attached to this affidavit as **Attachment D-8** is the entry that corresponds to the October 19, 2004 purchase of river stingrays.

    d. On December 12, 2004, ZIMERMAN and River Wonders sold ten river stingrays to Ely's Aquatic Farm in Florham Park, New Jersey. The records reflect the sale and shipment of one flower, one orbigini, and eight motoros for the purchase price of $1,010. The names of all of these fish are the names of individual species of fresh-water river stingrays. During my interview with Elias, as discussed above, he confirmed that he purchased and received fresh-water river stingrays from ZIMERMAN and River Wonders on several occasions in and around December 2004. Attached to this affidavit as **Attachment D-9** is the entry that corresponds to the December 12, 2004 purchase of river stingrays.

19.     Additionally, as described in his accompanying declaration, Elias told me that he stopped buying river stingrays from ZIMERMAN because he thought ZIMERMAN might be involved in illegal activity. Elias said that he became suspicious because ZIMERMAN told him (Elias) that he (ZIMERMAN) mailed the river stingrays from Colorado, but the packages he (Elias) received were always from California. Elias stated that he researched the internet and learned that river stingrays are illegal to possess in the state of California. When Elias asked ZIMERMAN whether it was illegal to ship river stingrays from California, ZIMERMAN lied to Elias and told Elias that the fish were shipped from Florida. When Elias confronted ZIMERMAN with the fact that he was aware that all of ZIMERMAN's shipments to him were labeled as coming from California, ZIMERMAN did not respond.

20.     During this investigation, by posing as a fish buyer from Nevada, I made purchases of live piranha and fresh-water river stingrays from ZIMERMAN and River Wonders. I had the payment for my undercover purchases sent by Special Agent Eric Jumper, assigned to

the Fish and Wildlife Service Las Vegas, Nevada, field office, to ZIMERMAN and River Wonders at ZIMERMAN's home address at 6709 West Corie Lane address in West Hills, California. Special Agent Jumper used the name of "Eric Johnson," and made the payments to ZIMERMAN and River Wonders by money order. Special Agent Jumper arranged to have the shipments of live fish sent to an address in Las Vegas, Nevada. Special Agent Jumper received each of the shipments of live piranha and fresh-water river stingray from California shipped by ZIMERMAN and River Wonders. My undercover purchases of live fish included the following:

a.   On October 15, 2004, I went to the River Wonders website, printed out a list of several fish to order, and prepared an order sheet for 5 medium red belly piranha and one "mottled" river stingray (identified as a mottled ray.) The piranha was priced at $85 and the mottled ray was priced at $94. I printed the order sheet and sent it to Special Agent Jumper in Las Vegas along with a money order in the amount of $218, which covered the cost of the fish and shipping. Special Agent Jumper, using the name "Eric Johnson," then sent the order sheet and payment to ZIMERMAN and River Wonders in West Hills, California. Shortly after sending the order sheet to ZIMERMAN's address in California, Special Agent Jumper received a voicemail message from a woman about the order. The investigation determined that the telephone number left by the woman caller was the telephone number for River Wonders. After Special Agent Jumper returned the call and left a message, he received a phone call from a person identifying himself as ZIMERMAN. ZIMERMAN discussed the details of shipping the fish. On October 22, 2004, Special Agent Jumper received a box delivered by United Parcel Service. The box contained

11

a label that read, "River Wonders Live Fish" and sender of the box was ZIMERMAN and River Wonders in West Hills, California. When Special Agent Jumper opened the box, he found five live piranha and one live river stingray. Attached to this affidavit as **Attachment D-10** are PayPal documents and a copy of a money order relating to this purchase of live fish from ZIMERMAN and River Wonders.

b.  On November 4, 2004, I prepared another order sheet for live piranha using the River Wonders website. I gave the order sheet to Special Agent Jumper to send to River Wonders along with a money order for payment for the fish. On this occasion, I ordered one serrasalmus elongates, which is a type of piranha, for $119 and five small black piranha for a total of $59. Along with the order sheet I prepared, Special Agent Jumper, using the name "Eric Johnson," sent a money order to River Wonders in the amount of $246, which covered the cost of the fish and shipping. Special Agent Jumper sent the order sheet and money order to ZIMERMAN's home address in West Hills, California. On November 10, 2004, Special Agent Jumper received a box from ZIMERMAN and River Wonders containing five black piranha and one serrasalmus elongatus piranha. Attached to this affidavit as **Attachment D-11** are a Fish and Wildlife Service memorandum, PayPal documents and a copy of a money order relating to this purchase of live fish.

21.  On March 4, 2010, while ZIMERMAN was on pre-trial release following his arrest on charges based upon the above stated facts, I was informed by Fish and Wildlife Service Special Agent Dave Pharo that ZIMERMAN and River Wonders were planning to ship 10 Arapaima gigas from California to Florida and that the fish would then be exported from Florida to the Bahamas by ZIMERMAN and River Wonders. Later the same day, I

drove to the American Airlines cargo facility at the Los Angeles International Airport and verified that four shipping boxes marked "live animals" were being shipped to Florida by ZIMERMAN. Attached to this affidavit as **Attachment D-12** are photographs of the four boxes.

22.   Also on March 4, 2010, I reviewed video from security cameras located at the American Airlines cargo facility within the Los Angeles International Airport.   On the video footage, I saw a person who I recognized as ZIMERMAN carrying boxes into the American Airlines cargo office.  I then interviewed Ms. Terri Coleman, who works as a clerk for American Airlines at the cargo center and she confirmed that ZIMERMAN had dropped off the four boxes described in paragraph 20 above.  She confirmed his identity by looking at his California Driver's License.  Attached to this affidavit as **Attachment D-13** is a security acceptance form showing that ZIMERMAN used his California Driver's License as identification to ship the four boxes containing the live fish, the air waybill that accompanied the boxes of fish, and photos of ZIMERMAN taken from the American Airlines cargo office's security camera.

23.   On March 5, 2010, Special Agent Pharo told me that the four boxes arrived in Miami, Florida, from California and, when ZIMERMAN 's freight forwarding broker submitted the four boxes of live fish for export to the Bahamas, Special Agent Pharo and a number of Fish and Wildlife Service inspectors conducted an inspection of the shipment.  Inside the shipment Special Agent Pharo found 10 live Arapaima gigas fish.  Special Agent Pharo told me that there was no CITES export permit issued by the United States for this shipment of live fish.  Special Agent Pharo also told me that he found a photocopied

CITES export permit issued by the country of Peru in the shipment and that this CITES export permit listed 600 Arapaima gigas fish.

24. As part of his investigation in Florida, Special Agent Pharo obtained email communications between Todd Kemp, of the Atlantis Hotel in the Bahamas and ZIMERMAN, discussing the sale and shipment of Arapaima gigas from the United States to the Bahamas. Attached to this affidavit as **Attachment D-14** are copies of an email between ZIMERMAN and Todd Kemp and a document relating to the importation of fish, including 10 Arapaima gigas, into the Bahamas.

25. On October 22, 2012, I interviewed Rita Elido, a current employee of N2-Fish, Inc., in Hawthorne, California. Elido is the prior owner of a company known as High Bright and has been involved in the importation and sale of live fish since at least 2005. Elido told me that between approximately 2008 and 2010, her business, High Bright, was located at 13429 South Western Avenue in Hawthorne, California, in a commercial unit immediately adjacent to a commercial unit rented by ZIMERMAN for his company River Wonders. As described in more detail in her accompanying declaration, Elido told me that on more than one occasion she spoke with customers waiting outside of ZIMERMAN's unit for ZIMERMAN to arrive so that they could pick up live piranha, river stingrays, or Arapaima gigas from ZIMERMAN.

## IDENTIFICATION

26. ISAAC ZIMERMAN, alias Isaac Zimerman-Spindel, is a citizen of the United States, born on either April 25, 1949. He also uses an alternate date of birth of April 28, 1949. He is described as a white male, standing approximately 6 feet tall, and weighing approximately 190 pounds, with brown hair or bald, and brown eyes. He is also known

to occasionally wear a moustache or a full, sometimes long, beard.  Attached to this affidavit as **Attachment D-15** is a photograph of ZIMERMAN.  Rita Elido has identified this photograph as being that of ZIMERMAN.


ED NEWCOMER
SPECIAL AGENT
UNITED STATES DEPARTMENT OF THE INTERIOR
FISH AND WILDLIFE SERVICE


SWORN AND SUBSCRIBED BEFORE ME
THIS ___17th___ DAY OF ___DECEMBER___ 2014.


HON. Ralph Zarefsky
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# Attachment D-1

http://www.riverwonders.com/catalog/c6_p1.html



# Our Livestock

Select a category...   {

## Piranhas

**4 Pristobrycon Striolatus /
Denticulatus - Super Sale!**

List price: $150
**Discounted price: $46**

**Add to Cart**

*Pristobrycon Striolatus* **or** *Pygopristis
Denticulata*

**Limited Time Sale on this rare piranha
species! Four piranhas for only $46!
Flat Rate Shipping still applies!**

**2 - 3" A rare find. Similarly shaped to
the Pygocentrus piranhas (like the
Red-Belly), but with varied
colorations.**

Click for details

**4" Red Belly Piranha**

List price: $80
**Discounted price: $28**
*Pygocentrus nattereri*

Limited Time SperSale!
4"  Often, Serrasalmus nattereri

Beautiful Active and brightly colored
stock. Wild caught from the
Amazons. Much nicer than captive
raised ones! Click for details

5 Red Belly Piranha Special!!

Iridescent Piranha

Page: 1 - 2   Next

List price: $125
**Discounted price: $50**
*Serrasalmus irritans* also
*Serrasalmus Eigenmanni*

4 - 5"

A very rare, agressive and colorful
species. Click for details

Large Black Piranha

List price: $300
**Discounted price: $220**
*Serrasalmus Striolatus (or Rhombeus)*

8 - 9.5"

Beautiful Agressive Specimens!
Click for details

Manuelli Piranha - 5 - 6"



List price: $189
**Discounted price: $125**
*Serrasalmus Manuelli*

5 - 6"

Developin
Serrasalm
than 21") a
they are no

eautiful
tha (more
im, when



**Home**

**Financing**

**Shipping**

**International
Shipping**

**Useful Literature**

**Our Livestock**

**Contact Us**

**About Us**

7/2004 16:53:46 PM

tp://www.riverwonders.com/catalog/c6_p1.html



List price: $~~140~~
**Discounted price: $59**
**Red Belly Super Sale!**
*Pygocentrus nattereri.*

.75"

A package of 5 Red belly piranhas, wild caught, feeding and fast growing. Limited time only, **Five piranhas for $59** and compatible with our Flat fee shipping rate regardless of quantity!!
Click for details


[Add to Cart]

**5 Small Black Pirahna Special!**

List price: $~~120~~
**Discounted price: $59**
**Baby Black Super Sale!**
*Serrasalmus sp.*

5 piranhas for only $59

.75" Black Amazon Piranhas. When small, also known as White Piranha. A mixed lot of the exotic Serrasalmus species. Mainly small rhombeus, striolatus, and Spilopleura, with some real rare gems as well! Click for details

[Add to Cart]

**Black Piranha**



List price: $~~75~~
**Discounted price: $36**
*Serrasalmus Striolatus*

4 - 5"

Serrasalmus Rhombeus also available  Click for details

[Add to Cart]

**Giant Black Pirahna 10 - 12**



List price: $~~710~~
**Discounted price: $450**
*Serrasalmus Striolatus  (or Rhombeus)*

[Add to Cart]

**Medium Black Pirahna 5 - 6 inch**



List price: $~~160~~
**Discounted price: $75**
*Serrasalmus Striolatus*

5 - 6"

Serrasalmus Rhombeus also available.  Click for details

[Add to Cart]

**Medium Large Black Pirahna**



List price: $~~320~~
**Discounted price: $120**
*Serrasalmus Striolatus (or Rhombeus)*

6 - 7.5"

Beautiful Agressive Specimens!
Click for details

[Add to Cart]

**Medium Red Belly Piranha**



List price: $~~38~~
**Discounted price: $17**
*Pygocentrus nattereri*

(sometimes mis-named serrasalmus nattereri)
2.5 - 3"

Wild caught from the Amazons. Much nicer than captive raised ones! Click for details


[Add to Cart]

/2004 16:53:46 PM

tp://www.riverwonders.com/id12.html



# RiverWonders - Shipping

**RiverWonders Shipping rates and Policies**

**Home**

**Financing**

**Shipping**

**International Shipping**

**Useful Literature**

**Our Livestock**

**Contact Us**

**About Us**

*We have the biggest money saving Shipping Rates on the Net!*

*For Non-US destinations, see International Shipping*

Brand New Super Savings with Flat Fee Shipping to the US.

You pay only one flat fee shipping price for any quantity from 1 - 300 fish!

**Small fish including small piranhas and plecos (1 - 3 inches) - $29**

**Medium Fish (4 - 6 inches) including black piranhas - $34**

**Stingrays and Turtles- $39**

**Some Specialty Items will have other shipping rates. If PayPal overcharges your shipping rate, we will always refund you the difference. Do not hesitate to contact us with any questions or for custom quotes.**

Remember, you pay only one shipping charge for up to 300 fish! The more fish you get, the more your savings get.

Alaska and Hawaii orders add $20 to the Flat Fee. For special or larger volume orders, please do not hesitate to contact us.

Shipping live (and rare) fish is not something that can be overlooked (and we certainly do not). Many customers are surprises to find that we can ship any of our livestock to virtually anywhere in the US (and indeed most locations around the world).

We are able to do this by shipping our fish Express, along with insulation, treated water, oxygen, and heat packs when nesesary. Our shipping methods, and healthy acclimated livestock allow us to offer a "live on arrival" guarantee on all purchases. Please remember that if there are any problems, they must be reported immediately upon receipit.

For International Orders, or any shipping questions, contact us at salos@riverwonders.com

*RiverWonders - Boulder, CO, 80304*

# Attachment D 2

| DEPARTMENT OF THE INTERIOR<br>U.S. FISH AND WILDLIFE SERVICE<br>ꞁE OF LAW ENFORCEMENT | REPORT OF INVESTIGATION<br>REPORT#: 2004405949R001<br>APPROVED | |
|---|---|---|

Note: This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents are not to be distributed outside of your agency.

| CASE TITLE<br><br>ISAAC ZIMMERMAN | REPORT DATE<br>05/10/2005 | CASE NUMBER<br>2004405949 |
|---|---|---|
| | REPORTING OFFICER<br>Robin Bepler - WI0337 | REPORT STATUS<br>PENDING |
| | APPROVED BY<br><br>Robin Bepler, WI0337 - 03/25/2005<br><br>Eddie McKissick, SA0587 - 03/25/2005<br><br>Vicky Vina, WI0132 - 03/24/2005 | |

SUBJECTS OF REPORT
ISAAC ZIMMERMAN   -   RIVER WONDERS

SYNOPSIS

On 11/10/04, Omega Customs House Brokers (Broker) presented a declaration package to the Miami OLE inspection office for their client ISAAC ZIMMERMAN (SUB). The shipment contained thirty-nine (39) boxes of live tropical fish from Peru. Wildlife Inspectors Mercado and Bepler conducted the inspection at American Airlines, MIA and (1) box was detained for identification. Upon closer examination twenty (20)Arapaima gigas were found. The arapaimas are protected as an Appendix II species under the Convention on International Trade in Endangered Species of Wild Fauna and Fauna (CITES). There were no CITES permits for the arapaimas and on 11/10/2004 the fish were clearance refused and seized by the USFWS. SUB ABANDONED the arapaimas on 11/18/2004.

Detailed report attached.

05-Submission of this case for a civil penalty is being postponed at the request of SA Ed Newcomer, RAC McKissick and SWI Vina advised.

DISTRIBUTION
Internal List
  Robin Bepler, WI0337
  Eddie McKissick, SA0587
  Vicky Vina, WI0132
  Mike Elkins, SA0352
  Jennifer English, SA0361
  Cindy Ferrer-Mercado, WI0278
  James Gale, SA0470

External List
  Kal Fallon , Regional Solicitor

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION
## Title:  ISSAC ZIMMERMAN

**INV #:** 2004405949
**Report #:** 001

## Predication.

This investigation was a result of a routine inspection of tropical fish from Peru at Miami International Airport.

## .Details of Investigation

### 11/10/2004-ROUTINE INSPECTION OF TROPICAL FISH

On 11/10/04, Omega Customs Broker (Broker) presented a declaration package to the Maimi OLE for their client, ISSAC ZIMMERMAN.  The shipment contained of thirty-nine (39) boxes of tropical fish from Peru. Wildlife Inspectors conducted a  physical inspection of the shipment at American Airlines and found a box labeled differently from the rest of the shipment.  Upon opening the box the inspectors found twenty (20) live Arapaima gigas.

Review of the Fish and Wildlife document package (attachments 1-4) revealed that it failed to contain a Peruvian CITES permit issued for  the arapaimas , which are listed as an Appendix II species under the Convention on International Trade in Endangered Species (CITES). In addition, the arapaimas were not invoiced or declared on the Fish and Wildlife Declaration for Importation (attachments 1 & 2). The wildlife inspectors requested information from the SUB's broker (Omega Customs Broker) regarding a CITES permit for the arapaimas.  Broker advised that SUB believed the fish to be a non protected species and did not have a CITES permit. One (1) box containing a total of thirty-four (34) fish was detained.

Wildlife inspectors requested the assistance of Pat Reynolds with the Florida Fish and Game Commission and he confirmed the inspectors' initial identification of the fish as Arapaima gigas. The twenty (20) arapaimas were seized and assigned seizure tag # 840185 (attachments 6 &7). The remaining fourteen (14) fish were not a protected species and therefore returned to the SUB via Omega Customs Broker on 11/11/04 (attachment 8).

### 11/18/2004  ABANDONMENT OF ARAPAIMAS

Subsequent to being informed of the violation, SUB's customs broker (who has power of attorney for SUB), abandoned the twenty (20) Arapaima gigas to the U.S.Fish and Wildlife Service (attachment 9). The property is located at an approved government housing facility.

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency

# REPORT OF INVESTIGATION
## Title:  ISSAC ZIMMERMAN

INV #: 2004405949
Report #:  001

### Description of Subjects.

Name:    ISSAC ZIMMERMAN       **LID# P259407**
Address:  6709 Corie Lane
          West Hills, CA  91307

Telephone Numbers: (818) 702-0558

### Prior Violations.

INV# 2004105101
Date:  09/07/2004
Jurisdiction: Region 1
Law Violated:  16 USC 1538 (c)(1):50 CFR 23.11(b)(1)-Importation  of twenty-eight (28) live seahorses (Hippocampus sp.) and one (1) dead without without a valid CITES permit.
Disposition:  PD

INV# 2004104326R002
Date:  02/08/2005
Jurisdiction: Region 1
Laws Violated: 16 USC 3372(a)(2)(A)-This case is part of an ongoing investigation in Region 1

### Witnesses.

USFWS WI Cindy Mercado
10426 NW 31 Terrace
Miami, FL  33172-1200
(305)526-2620  ext 23

USFWS WI Robin Bepler
10426 NW 31 Terrace
Miami, FL  33172-1200
(305)526-2620 ext 16

Omega Customs Brokers, Inc.
2581 N.W. 74th Avenue
Miami, FL  33166

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency

**REPORT OF INVESTIGATION**
**Title:  ISSAC ZIMMERMAN**

INV #: 2004405949
Report #:  001

**Laws Violated.**

16 USC 1538 (c)(1): 50 CFR 23..11 (b)(1) – Unlawful to import wildlife listed in Appendix II of the Convention on International Trade of Endangered Species (CITES)

16 USC  1538(e): 50 CFR 14.61- Unlawful to import/export wildlife without filing a completed Declaration for Importation or Exportation of Fish or Wildlife (Form 3-177) with the U.S. Fish and Wildlife Service (USFWS).

**Attachments**

1. USFWS Form 3-177
2. Commercial Foreign Invoice from Acuario Sants Fe
3. USFWS  Form 3-200, License  Application Form
4. American Airlines International AWB
5. American Airlines Domestic AWB
6. USFWS Form 3-155
7. Seizure tag# 840185
8. USFWS Form 3-155
9. USFWS Form 3-2096
10. USFWS Import/Export License
11. USFWS Record of Information (Form 332)

Page 1 of 1

OMB No. 1018-0012
Expiration Date 10/31/2003

| 1. Date of Import/Export (mm/dd/yyyy) | 7. Name of Carrier |
|---|---|
| 11 / 10 / 2004 | AMERICAN AIRLINES |

FF License Number
PE069412-0

FF License # 0452870

**DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE**

8. Air Waybill or bill of Lading Number
Master
House 001.9403.1276

| 3. Indicate One | 9. Transportation Code |
|---|---|
| ☐ Import  ☒ Export | A |

| 4. Port of Clearance | License | State |
|---|---|---|
| MI | | |

10. Bonded Location for Inspection
AMERICAN AIRLINES

| 5. Purpose Code | 11. Number of Cartons Containing Wildlife |
|---|---|
| T | |

| 6. Customs Entry Number | 12. Package Markings Containing wildlife |
|---|---|
| 7523 | |

Please Type or Print Legibly

| 13. (indicate one)   (complete name / address / phone number) | 14a. Foreign Supplier/ Receiver (complete name / address / phone number) |
|---|---|
| ☒ U.S. Importer of Record<br>☐ U.S. Exporter<br><br>ISAAC ZIMMERMAN<br>6709 CORIE LN<br>WEST HILLS, CA 91307 | ACUARIO SANT FE<br>AMAZON TROPICAL FISH EXPORT<br>IQUITOS PERU<br><br>14b. PE |

15. Customs Broker, Shipping Agent or Freight Forwarder: Omega Customs Brokers Inc

Phone Number/ Fax Number  305-5925656 / 305-5927393        Contact Name:    Ralph Ronderos

| Species Code (ficial Use) | 16a. Scientific Name<br>16b. Common Name | 17a. Foreign CITES Permit Number<br>17B US CITES Permit Number | 18a. Description Code<br>18b. Source | 19a. Quantity / Unit<br>19b. Total Monetary Value | 20. Country of Origin of Animal |
|---|---|---|---|---|---|
| | SEE ATTACHED INVOICE<br><br>LIVE TROPICAL FISH | | LIV<br><br>W | 1178 NO<br><br>1586 | PE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Knowingly making a false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C. 1001 and 16 U.S.C. 3372 (d)

FISH AND WILDLIFE SERVICE

FOR OFFICIAL USE ONLY

21. I certify under penalty of perjury that the information furnished is true and correct.

Signature
MARILYN RONDEROS
Clear Type or Print Name

11 / 10 /04
☐ DATE

PAID

ATTACHMENT NO.  1

PAGE  1  OF  1

# Attachment D 3

RIVER WONDERS
INV 2004104326

INTERSTATE SALES
PIRANHA

Price

| Date | Time | TZ | Buyer | Buyer | Order Type | Status | Qty | Amount | Note | Fulfillment | Item | Count | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2003 | 17:57:32 | PST | David Lawton | David Lawton | Shopping Cart / Payment Received | Completed | 56 / 22 | -1.9 / 54.08 | deliver on wednesdays or thursdays only? | Instant | Shopping Cart / Medium Red Belly Piranha | 34 / 34 | 1 / FL |
| 10/26/2003 | 14:15:15 | PST | jose soto | jose soto | Shopping Cart / Payment Received | Completed | 53 / 24 | -1.8 / 51.16 | | Instant | Shopping Cart / Small Black Piranha | 29 / 25 | 1 / CT |
| 10/27/2003 | 20:55:27 | PST | Anthony Di Pino | Anthony Di Pino | Shopping Cart / Payment Received | Completed | 74 / 45 | -2.5 / 71.55 | | Instant | Shopping Cart / Medium Red Belly Piranha | 0 / 0 | 3 / NY |
| | | | | | Shopping Cart Item | Completed | 29 | | | Instant | Shipping - small fishes | 0 | 1 / NY |
| 10/27/2003 | 19:08:30 | PST | John Zawodski | John Zawodski | Shopping Cart / Payment Received | Refunded | 12 | -0.7 / 11.35 | | Instant | Shopping Cart / Small Black Piranha | 0 / 0 | 1 / CT |
| 10/27/2003 | 14:08:02 | PST | Kevin Brewington | Kevin Brewington | Shopping Cart / Payment Received | Completed | 24 | -1 / 23 | | Instant | Shopping Cart / Small Black Piranha | 0 / 0 | 1 / NC |
| 10/27/2003 | 10:26:27 | PST | Douglas Draper | Douglas Draper | Shopping Cart / Payment Received | Completed | 50 / 21 | -1.8 / 48.25 | | Instant | Shopping Cart / Small Red Belly Piranha | 0 / 0 | 2 / FL |
| | | | | | Shopping Cart Item | Completed | 29 | | | Instant | Shipping - small fishes | 0 | 1 / FL |
| 10/27/2003 | 7:04:17 | PST | Jason Gates | Jason Gates | Shopping Cart / Payment Received | Completed | 48 | -1.7 / 46.31 | | Instant | Shopping Cart / Small Black Piranha | 0 | 4 / IL |
| 10/26/2003 | 20:10:58 | PST | Ramon Contreras | Ramon Contreras | Shopping Cart / Payment Received | Completed | 71 / 42 | -2.4 / 68.64 | | Instant | Shopping Cart / Small Red Belly Piranha | 0 / 0 | 3 / TX |
| | | | | | Shopping Cart Item | Completed | 29 | | | Instant | Shipping - small fishes | 0 | 1 / TX |
| 10/26/2003 | 19:01:16 | PST | Nicholas Fonseca | Nicholas Fonseca | Shopping Cart / Payment Received | Completed | 68 / 35 | -2.3 / 65.73 | | Instant | Shopping Cart / Small Red Belly Piranha | 0 / 0 | 3 / FL |
| | | | | | Shopping Cart Item | Completed | 24 | | | Instant | Small Black Piranha | 0 | 2 / FL |
| | | | | | Shopping Cart Item | Completed | 9 | | | Instant | Medium Red Belly Piranha | 0 | 1 / FL |
| 10/26/2003 | 14:13:55 | PST | john greus | john greus | Shopping Cart / Payment Received | Completed | 99 | -3.2 / 95.83 | | Instant | Shopping Cart / Black Piranha | 0 / 0 | 1 / AR |
| 10/25/2003 | 12:25:35 | PST | Curtis Burnett | Curtis Burnett | Shopping Cart / Payment Received | Completed | 89 / 42 | -2.9 / 86.12 | | Instant | Shopping Cart / Small Red Belly Piranha | 0 / 0 | 2 / WA |
| | | | | | Shopping Cart Item | Completed | 29 | | | Instant | Shipping - small fishes | 0 | 1 / WA |
| 10/26/2003 | 10:11:08 | PST | Kevin Bond | Kevin Bond | Shopping Cart / Payment Received | Completed | 42 / 42 | -1.5 / 40.48 | super rods id you have them. snakeskin super rods id you have them, snakeskin | Instant | Shopping Cart / Small Red Belly Piranha | 0 / 0 | 1 / NY |
| 10/25/2003 | 23:26:12 | PDT | MICK GUGLIELMETTI | MICK GUGLIELMETTI | Shopping Cart / Payment Received | Completed | 36 | -1.3 / 34.66 | | Instant | Shopping Cart / Small Black Piranha | 0 / 0 | 1 / NY |
| 10/24/2003 | 19:53:00 | PST | mitchell slowick | mitchell slowick | Shopping Cart / Payment Received | Completed | 70 | -2.3 / 67.67 | I had to make two separate transactions because I could not get the shipping charges, and the fish in the same shopping cart. | Instant | 4 - 6&quot; Red Belly Piranha | 0 | 2 / CT |
| 10/24/2003 | 8:13:11 | PDT | patricia schmidt | patricia schmidt | Shopping Cart Item | Completed | 108 | -3.4 / 104.57 | Please call 1-203-996-6472 if possible to inform me when they are shipped and how long it takes to ship, I assume overnight but just wanted to check, thanks. | Instant | Medium Red Belly Piranha | 0 | 12 / NY |
| 10/23/2003 | 22:44:10 | PDT | Casey Koch | Casey Koch | Shopping Cart / Payment Received | Completed | 14 | -0.7 / 13.29 | Please call 1-203-996-6472 if possible to inform me when they are shipped and how long it takes to ship, I assume overnight but just wanted to check, thanks. | Instant | Shopping Cart | 0 | 1 / CT |
| 10/23/2003 | 12:45:48 | PDT | Maxe Zamora | Maxe Zamora | Shopping Cart / Payment Received | Completed | 43 | -1.6 / 41.45 | | Instant | Small Red Belly Piranha | 0 | 3 / CT |
| | | | | | Shopping Cart Item | Completed | 29 | | | Instant | Shipping - small fishes | 0 | 1 / FL |
| | | | | | Shopping Cart Item | Completed | 14 | | | Instant | Small Red Belly Piranha | 0 | 1 / FL |
| 10/23/2003 | 8:38:04 | PDT | tyler mason | tyler mason | Shopping Cart / Payment Received | Completed | 41 | -1.5 / 39.51 | | Instant | Shopping Cart | 0 | 2 / RI |
| | | | | | Shopping Cart Item | Completed | 12 | | | Instant | Small Black Piranha | 0 | 1 / RI |
| | | | | | Shopping Cart Item | Completed | 29 | | | Instant | Shipping - small fishes | 0 | 1 / RI |
| 10/22/2003 | 18:03:48 | PDT | Steve Dupkas | Steve Dupkas | Credit Card Payment Received | Completed | 33 | -1.3 / 31.74 | Hello, thank you for your purchase...This is an electronic bill according to our phone conversation. Wait 4 charge your order from 1 small black ($12) to 5 medium red belli ($5). Thanks.   River Wonders | Instant | Shopping Cart | 0 | 1 / OK |
| 10/22/2003 | 16:37:27 | PDT | david hertz | david hertz | Shopping Cart / Payment Received | Completed | 54 | -1.9 / 52.13 | | Instant | Medium Red Belly Piranha | 0 | 6 / OK |
| 10/01/2003 | 15:52:11 | PDT | Rajesh Ariel | Rajesh Ariel | Shopping Cart / Payment Received | Completed | 59 | -2 / 55.99 | | Instant | Shopping Cart | 0 | 2 / HI |

June 1, 2003 - Nov 30, 2004

Case 2:09-cr-00805-ODW   Document 94   Filed 09/22/15   Page 121 of 174   Page ID #:479

INTERSTATE SALES
PIRANHA

Price

$45.00 USD Total

# Attachment D-4

**INTERSTATE SALES**
**FRESH WATER STINGRAY**

RIVER WONDERS
INV 2004104326

| Date | Time | TZ | Buyer | Status | Completed | Shopping Cart | Price $ | | | Message | Instant | Item | # | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/26/2003 | 19:15:41 | PST | Edward Gonzales | Shopping Cart Item | Completed | Shopping Cart | 94 | | | | Instant | Hynix or Mottled Ray | 34 | NJ |
| 12/26/2003 | 13:14:11 | PST | Margaret Hicks | Shopping Cart / Payment Received | Completed | Shopping Cart | 378 | -8.6 | 369.38 | i called this morning and talked to you about a motoro and a pohkabd, i just ordered them on teh website.  you said that you had had motoros in stock, but the pohkabd would be a few weeks.  please hold the motoro and ship it with the pohkabd when the pohkabds come in and have been through quarantine. i would prefer female rays if you have them.  if they do well, i will order a couple of males in a few months.  thanks.  thomas r hicks | Instant | Shopping Cart | 34 | VA |
| 12/26/2003 | 13:14:11 | PST | Margaret Hicks | Shopping Cart Item | Completed | Shopping Cart | 94 | | | i called this morning and talked to you about a motoro and a pohkabd, i just ordered them on teh website.  you said that you had had motoros in stock, but the pohkabd would be a few weeks.  please hold the motoro and ship it with the pohkabd when the pohkabds come in and have been through quarantine. i would prefer female rays if you have them.  if they do well, i will order a couple of males in a few months.  thanks.  thomas r hicks | Instant | Motoro Ray | 34 | VA |
| 12/26/2003 | 13:14:11 | PST | Margaret Hicks | Grand Total of Payment Received | Completed | Shopping Cart | 250 | | | i called this morning and talked to you about a motoro and a pohkabd, i just ordered them on teh website.  you said that you had had motoros in stock, but the pohkabd would be a few weeks.  please hold the motoro and ship it with the pohkabd when the pohkabds come in and have been through quarantine. i would prefer female rays if you have them.  if they do well, i will order a couple of males in a few months.  thanks.  thomas r hicks | Instant | Leopold Ray — The one and only Polkadot Stingray | 34 | VA |
| 12/9/2003 | 17:30:13 | PST | ray wood | Shopping Cart | Completed | River Wonders order | 250 | -5.8 | 244.2 | Hello. This z-b8 covers one Potamotrygon Leopoldi. Thanks.  River Wonders | Instant | Shopping Cart | 34 | 91602 |
| 12/6/2003 | 12:16:09 | PST | David Romano | Shopping Cart / Payment Received | Completed | Shopping Cart | 301 | -6.9 | 294.03 | PLease send to 550 Northwood Road West Palm Beach Florida 33467, 561-833-0700 if possible please 1 Male and two females. That's you Happy Holidays Dave! | Instant | Shopping Cart | 34 | FL |
| 12/6/2003 | 12:16:09 | PST | David Romano | Shopping Cart Item | Completed | Shopping Cart | 767 | | | PLease send to 550 Northwood Road West Palm Beach Florida 33467, 561-833-0700 if possible please 1 Male and two females. That's you Happy Holidays Dave! | Instant | Motoro Ray | 34 | FL |
| 12/2/2003 | 18:35:48 | PST | Carllynn Luu | Shopping Cart / Payment Received | Completed | Shopping Cart | 123 | -3 | 119.99 | | Instant | Shopping Cart | 34 | CA |
| 12/2/2003 | 18:35:48 | PST | Carllynn Luu | Shopping Cart Item | Completed | Shopping Cart | 89 | | | | Instant | Hynix or Mottled Ray | 34 | CA |
| 12/2/2003 | 12:51:58 | PST | Trevor Hoyt | Shopping Cart / Payment Received | Completed | Shopping Cart | 123 | -3 | 119.99 | if few ray can be shipped by express 3 day mail that would be great I will pay any extra charge required please email me and let me know either way | Instant | Shopping Cart | 34 | HI |
| 12/2/2003 | 12:51:58 | PST | Trevor Hoyt | Shopping Cart Item | Completed | Shopping Cart | 89 | | | if few ray can be shipped by express 3 day mail that would be great I will pay any extra charge required please email me and let me know either way | Instant | Motoro Ray | 34 | HI |
| 11/20/2003 | 11:11:43 | PST | Scott Klein | Shopping Cart / Payment Received | Completed | Shopping Cart | 222 | -5.2 | 216.82 | | Instant | Shopping Cart | 34 | FL |
| 11/20/2003 | 11:11:43 | PST | Scott Klein | Shopping Cart Item | Completed | Shopping Cart | 94 | | | | Instant | Motoro Ray | 34 | FL |
| 11/20/2003 | 11:11:43 | PST | Scott Klein | Shopping Cart Item | Completed | Shopping Cart | 94 | | | | Instant | Hynix or Mottled Ray | 34 | FL |
| 11/14/2003 | 16:05:12 | PST | Pamela Wisranda | Shopping Cart / Payment Received | Completed | Shopping Cart | 119 | -3.6 | 115.25 | Can I have the Stingray delivered to my house wednesday.  Can I have the Stingray delivered to my house wednesday. | Instant | Shopping Cart | 34 | FL |
| 11/14/2003 | 16:05:12 | PST | Pamela Wisranda | Shopping Cart Item | Completed | Shopping Cart | 85 | | | Can I have the Stingray delivered to my house wednesday.  Can I have the Stingray delivered to my house wednesday. | Instant | Motoro Ray | 34 | FL |
| 11/13/2003 | 7:40:17 | PST | Duke Orm | Shopping Cart / Payment Received | Completed | Shopping Cart | 534 | -16 | 518.21 | This is the order for Cliff Porter (Duke is my fiance (wife im 2 weeks)), I am the person that you are holding the Sting Ray's for a month before shipping. You can contact me at (214)493-1676 with any concerns. Thank you! | Instant | Shopping Cart | 34 | TX |
| 11/13/2003 | 7:40:17 | PST | Duke Orm | Shopping Cart Item | Completed | Shopping Cart | 500 | | | This is the order for Cliff Porter (Duke is my fiance (wife im 2 weeks)), I am the person that you are holding the Sting Ray's for a month before shipping. You can contact me at (214)493-1676 with any concerns. Thank you! | Instant | Leopold Ray — The one and only Polkadot Stingray | 34 | TX |
| 11/7/2003 | 20:23:45 | PST | Cleft-The-Ark Animals | Shopping Cart / Payment Received | Completed | Shopping Cart | 204 | -4.2 | 197.78 | Overnight lows here NEXT WEEK will be around 50 | Instant | Shopping Cart | 34 | VA |
| 11/7/2003 | 20:23:45 | PST | Cleft-The-Ark Animals | Shopping Cart Item | Completed | Shopping Cart | 85 | | | Overnight lows here NEXT WEEK will be around 50 | Instant | Military Ray | 34 | VA |
| 11/7/2003 | 20:23:45 | PST | Cleft-The-Ark Animals | Shopping Cart Item | Completed | Shopping Cart | 85 | | | Overnight lows here NEXT WEEK will be around 50 | Instant | Hynix or Mottled Ray | 34 | Songao re |
| 11/6/2003 | 4:19:52 | PST | Derk Set Gaun | Shopping Cart / Payment Received | Refunded | Shopping Cart | 119 | -4.9 | 114.06 | Preferred female Hynix. Thanks. | Instant | Shopping Cart | 34 | VA |
| 11/6/2003 | 4:19:52 | PST | Derk Set Gaun | Shopping Cart Item | Refunded | Shopping Cart | 85 | | | Preferred female Hynix. Thanks. | Instant | Hynix or Mottled Ray | 34 | Songao re |
| 10/27/2003 | 20:02:31 | PST | valerie angelaino | Shopping Cart / Payment Received | Complete | Shopping Cart | 85 | -2.8 | 82.23 | no cuts or scratches please I need him or her for a show piece. thank you | Instant | Shopping Cart | 0 | AZ |
| 10/27/2003 | 20:02:31 | PST | valerie angelaino | Shopping Cart Item | Complete | Shopping Cart | 85 | | | no cuts or scratches please I need him or her for a show piece. thank you | Instant | Motoro Ray | 0 | AZ |
| 10/21/2003 | 13:40:33 | PDT | Eli Bennett | Shopping Cart / Payment Received | Completed | Shopping Cart | 170 | -5.2 | 164.77 | I would like 1 male and 1 female motoro ray no smaller than 5 1/2 inches and no larger than 7 inches. I need the delivery to arrive at my house on Thursday October 30th. I can also accept it on Friday the 31st, but Thursday is best. | Instant | Shopping Cart | 0 | NE |
| 10/21/2003 | 13:40:33 | PDT | Eli Bennett | Shopping Cart Item | Completed | Shopping Cart | 179 | | | I would like 1 male and 1 female motoro ray no smaller than 5 1/2 inches and no larger than 7 inches. I need the delivery to arrive at my house on Thursday October 30th. I can also accept it on Friday the 31st, but Thursday is best. | Instant | Motoro Ray | 0 | NE |

June 1, 2003 - Nov 30, 2004

RIVER WONDERS
INV 2004104326

INTERSTATE SALES
FRESH WATER STINGRAY

Price

| Date | Time | | Name | Transaction | Status | Item | Price | | | Note | Delivery | Description | | | State |
|------|------|------|------|-------------|--------|------|-------|------|--------|------|----------|-------------|---|---|-------|
| 7/29/2003 | 11:12:18 | PDT | Lea Plein | Shopping Cart Payment Received | Completed | Shopping Cart | 250 | -7.6 | 242.45 | | Instant | Shopping Cart | 0 | 1 | VA |
| 7/29/2003 | 11:12:18 | PDT | Lea Plein | Shopping Cart Item | Completed | Shopping Cart | 250 | | | | Instant | Loopola Ray – The one and only Pukudet Stingray! | 0 | 1 | VA |
| 7/23/2003 | 23:50:47 | PDT | Glen Drake | Shopping Cart Payment Received | Completed | Shopping Cart | 65 | -2.2 | 62.81 | | Instant | Shopping Cart | 0 | 1 | FL |
| 7/23/2003 | 23:50:47 | PDT | Glen Drake | Shopping Cart Item | Completed | Shopping Cart | 65 | | | | Instant | Mystic or Mottled Ray | 0 | 1 | FL |
| 7/23/2003 | 9:41:35 | PDT | BRIAN MCMULLIN | Shopping Cart Payment Received | Completed | Shopping Cart | 65 | -2.2 | 62.81 | | Instant | Shopping Cart | 0 | 1 | NY |
| 7/23/2003 | 9:41:35 | PDT | BRIAN MCMULLIN | Shopping Cart Item | Completed | Shopping Cart | 65 | | | | Instant | Motoro Ray | 0 | 1 | NY |
| 7/14/2003 | 19:27:09 | PDT | Thom Eschrich | Shopping Cart Payment Received | Completed | Shopping Cart | 120 | -4.1 | 125.93 | Please do not require signature. If not home when delivered, please leave in garage (either door) | Instant | Shopping Cart | 0 | 1 | OH |
| 7/14/2003 | 19:27:09 | PDT | Thom Eschrich | Shopping Cart Item | Completed | Shopping Cart | 130 | | | Please do not require signature. If not home when delivered, please leave in garage (either door) | Instant | Motoro Ray | 0 | 2 | OH |
| 7/8/2003 | 17:16:32 | PDT | John Narozyk | Credit Card Payment Received | Completed | Motoro Ray | 103 | -3.3 | 99.71 | 5.8" Motoro Ray $55 Overnight Shipping $39 Total $103.00 Thank You River Wonders | Instant | | 0 | 1 | 33324 |
| 7/1/2003 | 21:14:24 | PDT | Helm Brian | Shopping Cart Payment Received | Completed | Shopping Cart | 65 | -2.2 | 62.81 | | Instant | Shopping Cart | 0 | 1 | OH |
| 7/1/2003 | 21:14:24 | PDT | Helm Brian | Shopping Cart Item | Completed | Shopping Cart | 65 | | | | Instant | Motoro Ray | 0 | 1 | OH |
| 6/30/2003 | 5:17:48 | PDT | PETER D KATZ | Credit Card Payment Received | Completed | River Wonders Order - Motoro Ray | 104 | -3.3 | 100.66 | Thank you for your purchase. Use this for easy payment. Motoro Ray $65 Overnight express shipping $39. Total $104 I wanted to know what day exactly will I receive my stingray, since I payed for it now will I receive it tomorrow which is Saturday? if it doesnt reach me on saturday will you hold the stingray until monday because mail isnt sent on sundays? please let me know because I want to be home to receive the ray and not let it sit at in my mail box. thank you | Instant | | 0 | 1 | 33309 |
| 6/27/2003 | 12:51:15 | PDT | CZARINA GASPAR | Shopping Cart Payment Received | Completed | Shopping Cart | 65 | -2.2 | 62.81 | I wanted to know what day exactly will I receive my stingray, since I payed for it now will I receive it tomorrow which is Saturday? if it doesnt reach me on saturday will you hold the stingray until monday because mail isnt sent on sundays? please let me know because I want to be home to receive the ray and not let it sit in my mail box. thank you | Instant | Shopping Cart | 0 | 1 | HI |
| 6/27/2003 | 12:51:15 | PDT | CZARINA GASPAR | Shopping Cart Item | Completed | Shopping Cart | 65 | | | | Instant | Motoro Ray | 0 | 1 | HI |
| 6/17/2003 | 18:41:42 | PDT | David Nadler | Web Accept Payment Received | Completed | Your Special Chinango Order | 450 | -14 | 448.36 | | Instant | Your Special Chinango Order | 0 | 1 | PA |
| 6/7/2003 | 13:59:32 | PDT | Lisa Plein | Inst. Purch. Payment Received | Completed | Low Motoro Ray, freshwater stingray 4-5" | 100 | -3.2 | 96.8 | | Instant | Low Motoro Ray, freshwater stingray 4-5" | 35 | 1 | VA |

June 1 2003 - Nov 30 2004

# Attachment D-5

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

**REPORT OF INVESTIGATION**  
Title:  **RIVER WONDERS**

INV #:  **2004104326**  
Report #:  **R015**

## NARRATIVE

### DETAILS OF INVESTIGATION:

Between November 25, 2009 and April 30, 2010, US Fish and Wildlife Service (FWS) Special Agent (SA) Ed Newcomer conducted additional interviews related to the sale of piranha and/or fresh water stingrays by RIVER WONDERS in the state of California.  Customers were identified from sales records recovered from the ZIMERMAN's home on December 14, 2004.

(See Attachment 1 – Handwritten Sales Records.)

SA Newcomer also conducted follow-up interviews related to RIVER WONDERS' attempted export of live Arapaima gigas from the United States to the Bahamas on March 5, 2010.

Interview of Eric Larson – Piranha Customer:

On November 25, 2009, SA Newcomer interviewed Mr. Eric Larson by telephone.  The phone call was recorded.  Larsen confirmed that he purchased a number of live piranha fish in March 2004 from RIVER WONDERS.  According to Larsen, he purchased the fish online at the RIVER WONDERS website but never spoke to anyone on the phone and did not communicate with anyone via email.  He did recall receiving an email receipt for his order but did not believe that he still had a copy.  He confirmed that he ordered two (2) "black piranha" (B) and five (5) "small black piranha" (SB).  Larsen told SA Newcomer that all of the fish arrived alive and that he had some of them up until a few months prior to the date of his interview with SA Newcomer.  Larsen asserted that all of the fish were dead and had been disposed of.  Larsen also told SA Newcomer that he had another species of piranha, called the "elongatus" until a few months ago but that he did not order that species from RIVER WONDERS.  Larsen confirmed that he knew that it is illegal to possess live piranha in the state of California.

(See Attachment 1, Page 1.)

Interview of Mike Kuwahara – Piranha Customer:

On November 25, 2009, SA Newcomer interviewed Mr. Mike Kuwahara by telephone.  The phone call was recorded.  During the interview, Kuwahara confirmed that he once had a South America themed tank in his home and that he did, at one time, have live piranhas in his tank.  He referred to them as "the little red guys."  Kuwahara told SA Newcomer that he knew of the company RIVER WONDERS but did not recall specific purchases he made with them.  He

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

| REPORT OF INVESTIGATION | INV #: | 2004104326 |
|---|---|---|
| Title:   RIVER WONDERS | Report #: | R015 |

described them as "flaky". Kuwahara told SA Newcomer that he never spoke to anyone at RIVER WONDERS but communicated with them strictly through email. Although he didn't recall any specific names for the people he emailed with, the name "Cat" did seem familiar. Although Kuwahara did not specifically recall ordering an "iridescent" piranha from RIVER WONDERS in 2004, he ultimately admitted that it was a probability. He added, "I won't bullshit you on that."

(See Attachment 1, Page 5.)

### Interview of Bryan Clinton – Piranha and Freshwater Stingray Customer:

On April 30, 2010, SA Newcomer interviewed Mr. Bryan Clinton at his home in Chino Hills, CA. Clinton immediately recalled having purchased fish from RIVER WONDERS. He told SA Newcomer that he purchased one black piranha for $40 "a few years ago." When SA Newcomer asked if it might have been 2004, Clinton said that he thought it could have been in 2004 or 2005. According to Clinton, he was researching piranhas on the Internet and found RIVER WONDERS' website and saw that they were for sale. At the time, according to Clinton, he believed that they were illegal to breed in California but did not know that they were illegal to possess. Clinton told SA Newcomer that the piranha was shipped to his house in a Styrofoam and cardboard box. Clinton asserted that he knew that he received an actual piranha because he'd owned fish since he was a teenager including a species known as a pacu. Clinton claimed that he no longer had the piranha and said that it died approximately six months after he ordered it.

When SA Newcomer later reviewed the RIVER WONDERS' sales records, he noticed that the sales records indicate that Clinton purchased one motoro freshwater stingray and two red belly piranha for $189. SA Newcomer attempted to contact Clinton by telephone without success.

(See Attachment 1, Page 4.)

### Interview of Donald Vega – Freshwater Stingray Customer:

On April 30, 2010, SA Newcomer interviewed Mr. Donald Vega at his home in Orange, CA. Vega invited SA newcomer into his home and showed him a large built in freshwater aquarium in his living room. When SA Newcomer asked Vega whether he knew of a company named RIVER WONDERS, Vega told SA Newcomer that he purchased freshwater stingrays from RIVER WONDERS sometime in 2004 or 2005. According to Vega, he ordered the fish online through the RIVER WONDERS website. Vega believed that he placed two online orders but that the fish were shipped in one shipment. Vega also told SA Newcomer that he spoke to a man

# Attachment D-6



PERMISO / CERTIFICADO CITES N° 5182



2  Válido hasta el

3.  Importador (nombre y dirección, país)

4.  Exportador (nombre y dirección, país)

3a. País de importación

5.  Condiciones especiales

6  Nombre, dirección, sello/timbre nacional y país de la Autoridad Administrativa

Para animals vivos: Este permiso o certificado es válido sólo si las condiciones de
transporte se ajustan a las Directrices CITES sobre el transporte de animals vivos o, en
caso de transporte aéreo, a la Reglamentación dela IATA sobre el transporte de animals vivos

5a Fin de la transacción (véase al dorso)          5b Estampilla de seguridad No

| 7.8. NOMBRE CIENTIFICO (género y especie) Y NOMBRE COMUN DEL ANIMAL O PLANTA | | | 9.  Descripcion de los especimenes=marcas o número de identificación edad sexo,si Vivos | | 10. Apéndice y origen (véase al dorso) | 11. Cantidad (incluso la unidad de medida) | 11a. total export Cupo |
|---|---|---|---|---|---|---|---|
| 7.8 | | | 9. | | 10. | 11. | 11a. |
| 12 Pais de origen | Permiso N° | Fecha | 12a. Pais de la ultima reexportacion | N° de certificado  Fecha | | 12b. N° de la operación fecha de adquicion | |
| | | | 9. | | 10. | 11. | 11a. |
| 12 Pais de origen | Permiso N° | Fecha | 12a. Pais de la ultima reexportacion | N° de certificado  Fecha | | 12b. N° de la operación fecha de adquicion | |
| 7.8 | | | 9. | | 10. | 11. | 11a. |



PERMISO CERTIFICADO No. 5182

CONVENCION SOBRE EL COMERCIO
INTERNACIONAL DE ESPECIES
AMENAZADAS DE FAUNA Y FLORA
SILVESTRES

- [ ] EXPORTACION
- [ ] RE EXPORTACION          Original
- [ ] IMPORTACION
- [ ] OTRO                    25-10-2004

Importador, nombre y direccion       Exportador (nombre, direccion, pais)
Texaco, Zimerman Riverbenders LLC    PISCIGRANJA EL ACRARAHUAZU
6708 Colin Lo, West Hills, CA        Jr. Ariza No 933, Iquitos-Prov: Maynas
91307, USA                           Loreto-PERU

País de importacion: Estados Unidos

Condicion especial                   Nombre, direccion, sello y firma de la Autoridad Administrativa
Piscigranja El Acarahuazu            Instituto Nacional de Recursos
Tamaño: 12.0 - 14.5cm aprox.         Naturales (INRENA)
Acta de inspeccion 23 de Septiembre del 2004   Calle Dieciseis No 335
                                     Urbanizacion El Palomar
                                     San Isidro - Apartado Postal: 4452
                                     INRENA - LIMA 27 PERU

| 10. | 9. | 10.11. | |
|---|---|---|---|
| Arapaima gigas Paiches | peces vivos | 100(C) ejemplares | |

Permiso expedido por:
BLGA. ROSARIO ACEMO VILLANES
AUTORIDAD ADMINISTRATIVA CITES-PERU

LIMA        25-04-2004

PERMISO/CERTIFICADO CITES Nº 5182



CONVENCIÓN SOBRE EL COMERCIO INTERNACIONAL DE ESPECIES AMENAZADAS DE FAUNA Y FLORA SILVESTRES

PERMISO / CERTIFICADO Nº 5182

| X | EXPORTACIÓN |
| | RE-EXPORTACIÓN | Original |
| | IMPORTACIÓN |
| | OTRO | 17-09-2004 |

1. Importador (nombre y dirección)
ISSAC ZIMMERMAN
6709 N. CORLE LN.
WEST HILLS CA-91307

4. Exportador (nombre y dirección del país)
PISCIGRANJA EL ACARAHUAZU
Jr. Arica No. 829, Iquitos-Prov. Maynas
Loreto-Perú

3. País de importador
ESTADOS UNIDOS

6. Nombre, dirección, sello membre nacional y país de la Autoridad Administrativa

5. Condiciones especiales Ejemplares reproducidos en la Piscigranja El Acarahuazu
Tamaño : 13.0 - 16.5cm aprox.
En reemplazo del Permiso de Exportación
CITES No 4874
Acta de inspección 15 de Marzo del 2004

Instituto Nacional de Recursos Naturales (INRENA)
Calle Diecisiete Nº 355 (Los Petirrojos)
Urbanización El Palomar
San Isidro - Apartado Postal 4452
LIMA 27 PERÚ

INRENA

7. Número de seguridad Nº 013939?

| 7a. NOMBRE CIENTÍFICO (género y especie) y NOMBRE COMÚN DEL ANIMAL O PLANTA | 8. Descripción de los especímenes marcas o números de la identificación (edad/sexo, si vivos) | 9b. Apéndice y origen (véase el dorso) | 11. Cantidad (incluso la unidad de medida) | 11a. Total exportado Cupo |
|---|---|---|---|---|
| 7a. Arapaima gigas Paiche | 8. peces vivos | 10. II-D | 11. 1000 ejemplares | |
| 12. País de origen Nº | Permiso Nº | Fecha | 12a. País de la última reexportación | Nº de certificado Fecha | 12b. Nº de la operación * * * fecha de adquisición * * * |
| 7a. | | | 8. | | 10. |
| 12. País de origen Nº | Permiso Nº | Fecha | 12a. País de la última reexportación | Nº de certificado Fecha | 12b. Nº de la operación * * * fecha de adquisición * * * |
| 7a. | | | 8. | | 10. |
| 12. País de origen Nº | Permiso Nº | Fecha | 12a. País de la última reexportación | Nº de certificado Fecha | 12b. Nº de la operación * * * fecha de adquisición * * * |
| 7a. | | | 8. | | 10. |
| 12. País de origen Nº | Permiso Nº | Fecha | 12a. País de la última reexportación | Nº de certificado Fecha | 12b. Nº de la operación * * * fecha de adquisición * * * |

* País en el que los especímenes fueron recolectados en la naturaleza, criados en cautividad o reproducidos artificialmente (sólo en caso de reexportación)
* * Solamente para los especímenes de especies incluidas en el Apéndice I criados en cautividad o reproducidos artificialmente con fines comerciales
* * * Para los especímenes preconvención

13. PERMISO EXPEDIDO POR: BLGA. ROSARIO ACERO VILLANES
AUTORIDAD ADMINISTRATIVA CITES-PERÚ

| Lima | 17-03-2004 | |
| Lugar | Fecha | Membrete de seguridad, firma y sello oficiales |

14. APROBACIÓN DE LA EXPORTACIÓN

15. Nº de conocimiento de embarque/carta de porte aéreo

| Sección | | |
| A | | |
| B | | |
| C | Puerto de exportación | Fecha | Firma | Sello y cargo oficiales |
| D | | |

PERMISO / CERTIFICADO CITES Nº 5182

# Attachment D-7

| ᴵ▪◈▐ | **Environment** **Environnement** | **Inspection Report** | **NEMISIS** |
|---|---|---|---|
| | Canada         Canada | | |

| **Number:** | 5009-2008-04-22-001 |
|---|---|
| **Name:** | LIU, Cliff - Live Arapaima - VIA - Graham |

## Summary

| | | | |
|---|---|---|---|
| **Status:** | Open | | |
| **Origin:** | Occurrence (unplanned) | | |
| **Start Date:** | 2008/04/21 00:00:00 | **Type:** | On-Site Inspection |
| **End Date:** | | | |
| **Reference #1:** | 027-00662546 | **RIP:** | |
| **Reference #2:** | receipt 1757 | **Action Plan:** | WAPPRIITA - Non-Commercial Import Live |
| **Reference #3:** | | **Local File ID:** | 5009-2008-0385 |

## Officer

| Role | Officer Name | Phone | Start Date | End Date |
|---|---|---|---|---|
| Case Officer | Graham,Ron | (604) 666-2703 | 2008/04/21 | |
| **BF Date:** | **BF Description:** | | | |

| | | | | |
|---|---|---|---|---|
| Partner | Buchart,Brenda | (604) 666-9065 | | |
| **BF Date:** | **BF Description:** | | | |

## Person/Organization

| Role | Organization /Person Name & Contacts | Sector |
|---|---|---|
| Subject | LUI, Cliff | |
| Subject | River Wonders LLC | |

## Act/Regulation

| # 1 | | | | |
|---|---|---|---|---|
| **Subject:** | LUI, Cliff | | | |
| **Act:** | WAPPRIITA - - WILD ANIMAL  AND PLANT PROTECTION AND REGULATION TRADE ACT | | | |
| **Regulation:** | WAPPRIITA - Section(s) | | **Permit No:** | |
| **Priorities:** | | | | |

| Section | Violation | | Disposition | Comment | |
|---|---|---|---|---|---|
| | Possible | Non-compliant | | | |
| 6(2) | X | | | | |

| # 2 | | | | |
|---|---|---|---|---|
| **Subject:** | River Wonders LLC | | | |
| **Act:** | WAPPRIITA - - WILD ANIMAL  AND PLANT PROTECTION AND REGULATION TRADE ACT | | | |
| **Regulation:** | WAPPRIITA - Section(s) | | **Permit No:** | |
| **Priorities:** | | | | |

| Section | Violation | | Disposition | Comment | |
|---|---|---|---|---|---|
| | Possible | Non-compliant | | | |
| 6(1) | X | | | | |

This information is the property of the Environment Canada Enforcement Branches.  The information may pertain to Enforcement or Intelligence activities which have been, or, are being, conducted and must be protected accordingly  This information has been provided for official purposes and may not be further disseminated without the prior consent of the originator.

| ▌◆▌ | Environment<br>Canada | Environnement<br>Canada | **Inspection Report** | | **NEMISIS** |
|---|---|---|---|---|---|

**Number:** 5009-2008-04-22-001
**Name:** LIU, Cliff - Live Arapaima - VIA - Graham

---

| Note |
|---|

| 01 - 06 | | | | |
|---|---|---|---|---|
| **Date** | **Note Date** | **Officer Name** | **Type** | **Subject** |
| 2008/05/05<br>09:12 | | Buchart,Brenda | Update | |

The info was passed on to USF&W service and on 24 April 2008 I was contacted by Special Agent Ed Newcomer. He has been working on this US company for about 4 years. He has a file at the DA's office and was very interested in obtaining info on this shipment as well as any other shipments we have a record on.

| 02 - 06 | | | | |
|---|---|---|---|---|
| **Date** | **Note Date** | **Officer Name** | **Type** | **Subject** |
| 2008/05/05<br>09:12 | | Buchart,Brenda | | |

I issued a receipt for the fish - EC 1757
The fish were then transported to the Vancouver Aquarium and turned over to Jen Reynolds.

| 03 - 06 | | | | |
|---|---|---|---|---|
| **Date** | **Note Date** | **Officer Name** | **Type** | **Subject** |
| 2008/05/05<br>09:05 | | Buchart,Brenda | Update | |

On 22 April 2008 I went to the Airco warehouse and picked up the 1 ctn containing the 2 Arapaimas.

| 04 - 06 | | | | |
|---|---|---|---|---|
| **Date** | **Note Date** | **Officer Name** | **Type** | **Subject** |
| 2008/04/24<br>12:36 | 2008/04/23<br>00:00 | Graham,Ron | Update | |

Received a phone call from Jen Reynolds of the Vancouver aquarium. One of the two fish had died. Sent out for necropsy to see why.

| 05 - 06 | | | | |
|---|---|---|---|---|
| **Date** | **Note Date** | **Officer Name** | **Type** | **Subject** |
| 2008/04/22<br>12:01 | | Graham,Ron | Outcome | |

I attended the airport and spoke with Mr. LUI and explained that the fish were a CITES species and required permits to enter. He stated he did not have any paperwork.

I then attended the warehouse where I confirmed the fish were still alive and that they were Arapaima as declared. No paperwork was with the shipment.

Mr. LUI was informed that the fish were detained and we would issue him paperwork in the morning.

| 06 - 06 | | | | |
|---|---|---|---|---|
| **Date** | **Note Date** | **Officer Name** | **Type** | **Subject** |

---

This information is the property of the Environment Canada Enforcement Branches. The information may pertain to Enforcement or Intelligence activities which have been, or, are being, conducted and must be protected accordingly. This information has been provided for official purposes and may not be further disseminated without the prior consent of the originator.















# Attachment D-8

INTERSTATE SALES
FRESH WATER STINGRAY

Name: Zimmerman, Isaac
Email: Sales@riverwonders.com
Account Num: 2044296890917006638
Account Type: US Business Unverified
Balance (US): 254.9
Total Amoun: 7,066.38
Restrictions: None

| # | Date | Time | Time Zone | Name | Type | Status | Subject | Gross | Fee | Net | Note | Payment Type | Item Title | Shipped Qu... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/27/2004 | 13:52:31 | PST | Cindy Baker-Williams | Credit Card Payment Received | Completed | River Wonders order | 82 | -2.1 | 79.9 | Hello, Thank you for your recent purchase! This e-bell covers another Motoro... | Instant | Shopping Cart | 51 | 2 |
| 2 | 11/27/2004 | 20:17:40 | PST | Cindy Baker-Williams | Shopping Cart Payment Received | Completed | Shopping Cart | 157 | -3.6 | 153.25 | Make sure it's eating before shipment Thanks | Instant | Piranum 1 Arm Raised Blackworms - 2 lb... | 51 | 8 |
| 3 | 11/27/2004 | 20:17:40 | PST | Cindy Baker-Williams | Shopping Cart Item | Completed | Shopping Cart | 12 | | | Make preferred, make sure it's eating before shipment Thanks | Instant | 5 lbs | 51 | 8 |
| 4 | 11/27/2004 | 20:17:40 | PST | Cindy Baker-Williams | Shopping Cart Item | Completed | Shopping Cart | 94 | | | Make preferred, make sure it's eating before shipment Thanks | Instant | Motoro Ray | 51 | 1 |
| 5 | 11/09/2004 | 18:35:29 | PST | merrell bond | Payment Received | Completed | Shopping Cart | 229 | -5.3 | 223.66 | send me a meat 2" to 3" thank you Hurry | Instant | Shopping Cart | 39 | 1 |
| 6 | 11/09/2004 | 18:35:29 | PST | merrell bond | Shopping Cart Item | Completed | Shopping Cart | 199 | | | pleas call me at 737 333-2208 on day of shipping so I can be home can u send me a meat 3" to 5" thank you Hurry | Instant | Rosa Marbled Motoro Stingray | 39 | 1 |
| 7 | 11/13/2004 | 8:16:36 | PST | leston moore | Payment Received | Refunded | Shopping Cart | 157 | -3.6 | 153.25 | | Instant | Shopping Cart | 51 | 2 |
| 8 | 11/13/2004 | 8:16:36 | PST | leston moore | Shopping Cart Item | Refunded | Shopping Cart | 94 | | | | Instant | Motoro Ray | 51 | 1 |
| 9 | 11/13/2004 | 8:16:36 | PST | leston moore | Shopping Cart Item | Refunded | Shopping Cart | 12 | | | | Instant | Piranum 1 Arm Raised Blackworms - 2 lb... | 51 | 8 |
| 10 | 10/31/2004 | 14:03:39 | PST | stretch e | Cleared | Cleared | Shopping Cart | 358 | -5 | 353 | I would like the black and white spotted | eCheck | 5 lbs | 59 | 1 |
| 11 | 10/31/2004 | 14:03:39 | PST | stretch e | Shopping Cart Item | Cleared | Shopping Cart | 299 | | | I would like the black and white spotted | eCheck | P = Yellow R. Leopold Ray -- The one and only Polkadot Stingray! | 59 | 1 |
| 12 | 10/25/2004 | 20:02:58 | PST | daniel edgar | Payment Received (no account) | Completed | Shopping Cart | 212 | -5 | 207.04 | set it can get 1 male 1 female and make sure spots are blue | Instant | Shopping Cart | 34 | 1 |
| 13 | 10/25/2004 | 20:02:58 | PST | daniel edgar | Shopping Cart Item | Completed | Shopping Cart | 178 | | | set it can get 1 male 1 female and make sure spots are blue | Instant | Blue Spotted Polkadot Stingray | 34 | 1 |
| 14 | 10/25/2004 | 11:29:52 | PDT | Michelle McBeth De | Credit Card Payment Received | Completed | Shopping Cart | 150 | -3.6 | 146.4 | Hi Amanda, This e-bill covers 1 land female Ray. Thank you for your business. www.riverwonders.com | Instant | | 34 | 1 |
| 15 | 10/24/2004 | 17:51:53 | PDT | Brendon Verballes | Payment Received | Completed | Shopping Cart | 141 | -3.4 | 137.6 | call phone to let know when being delivered so I can make sure im home, 586-653-9458 | Instant | Shopping Cart | 34 | 2 |
| 16 | 10/24/2004 | 17:51:53 | PDT | Brendon Verballes | Shopping Cart Item | Completed | Shopping Cart | 69 | | | call phone to let know when being delivered so I can make sure im home, 586-653-9458 | Instant | Blue Spotted Polkadot Stingray | 34 | 2 |
| 17 | 10/24/2004 | 17:51:53 | PDT | Brendon Verballes | Shopping Cart Item | Completed | Shopping Cart | 18 | | | call phone to let know when being delivered so I can make sure im home, 586-653-9458 | Instant | Devils Stonefish | 34 | 1 |
| 18 | 10/24/2004 | 14:21:22 | PDT | Michelle McBeth De | Credit Card Payment Received | Completed | River Wonders order | 265 | -6.8 | 258.21 | Hello, This e-bill covers one leopold plus shipping. Thanks. www.riverwonders.com | Instant | | 34 | 1 |
| 19 | 10/19/2004 | 12:50:51 | PDT | she's aquatic farm inc. | Credit Card Payment Received | Completed | River Wonders | 1,230.00 | -27 | 1,202.64 | 2 Female 300 600 2 leopolad 230 460 1 knight 170 170 Total 1230 | Instant | 0 1 knight 170 170 | 5 | |
| 20 | 10/15/2004 | 12:32:43 | PDT | Joseph Crecca | Payment Received (no account) | Completed | Shopping Cart | 133 | -3.2 | 129.77 | Is there anything I should do to my tank before the ray gets here? | Instant | Shopping Cart | 39 | 1 |
| 21 | 10/15/2004 | 12:32:43 | PDT | Joseph Crecca | Shopping Cart Item | Completed | Shopping Cart | 94 | | | Is there anything I should do to my tank before the ray gets here? | Instant | Motoro Ray | 39 | 1 |
| 22 | 10/13/2004 | 7:11:52 | PDT | Todd Lewinksy | Payment Received | Completed | Shopping Cart | 227 | -5.3 | 221.71 | Make sure they are fat healthy and eating . Let me know what you are feeding them and the PH of the water. I WANT ONE MALE AND ONE FEMALE | Instant | Shopping Cart | 39 | 2 |
| 23 | 10/13/2004 | 7:11:52 | PDT | Todd Lewinksy | Shopping Cart Item | Completed | Shopping Cart | 188 | | | Make sure they are fat healthy and eating . Let me know what you are feeding them and the PH of the water. I WANT ONE MALE AND ONE FEMALE | Instant | Hystrix or Mottled Ray | 39 | 2 |
| 24 | 10/5/2004 | 19:37:03 | PDT | Kellen Furi | Payment Received (no account) | Completed | Shopping Cart | 133 | -3.2 | 129.77 | | Instant | Shopping Cart | 39 | 1 |
| 25 | 10/5/2004 | 19:37:03 | PDT | Kellen Furi | Shopping Cart Item | Completed | Shopping Cart | 94 | | | | Instant | Motoro Ray | 39 | 1 |
| 26 | 9/29/2004 | 8:25:17 | PDT | Michelle McBeth De | Credit Card Payment Received | Completed | River Wonders order | 255 | -5.9 | 249.09 | Hello, This e-bill covers accounting to our phone conversation 1 female flower (Potamotrygon schroederi) plus shipping Thanks, | Instant | | 39 | 1 |
| 27 | 9/29/2004 | 10:04:07 | PDT | peter oneill | Instant Transfer Received | Completed | River Wonders order | 391 | -8.9 | 382.1 | Hello, This e-bill covers 1 lb. rose motoro (£160), 1 small 4" Potamotrygon schroederi, flower ($150), 1 lb. blackworms plus shipping to be the Airport in Cleveland, OH . Thanks, www.riverwonders.com | Instant | | 39 | 1 |

INTERSTATE SALES
FRESH WATER STINGRAY

RIVER WONDERS
INV 2004104328

| # | Date | Time | | Name | Description | Status | Completed | Item | No. | +/- | Amount | | Message | | Item |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 9/27/2004 | 20:16:52 | PDT | James Mather | | Shopping Cart / Payment Received | Completed | Shopping Cart | 133 | -3.2 | 129.77 | | This is a gift to my friend Gary Dean | Instant | Shopping Cart |
| 29 | 9/27/2004 | 20:16:52 | PDT | James Mather | | Shopping Cart Item | Completed | Shopping Cart | 84 | | | | This is a gift to my friend Gary Dean | Instant | Motoro Ray |
| 30 | 9/18/2004 | 17:36:27 | PDT | ev's aquatic farm inc | Credit Card Payment Received | Completed | River Wonders | 1,244.00 | -28 | 1,216.33 | | Note: Hello Steve - The e-bill covers as follows: 1-10" roza motoro $170 4 small motoro (65) $1300 2 large leopa $600 1 Scalar $26 1 Oddy plecs $59 Packing $30 Packing $30 Thank You. www.riverwonders.com | | | S |
| 31 | 9/17/2004 | 10:38:47 | PDT | Jim Rathel | | Credit Card Payment Received | Completed | River Wonders order - | 350 | -8 | 342 | | Hello, This e-bill covers a male Platanistergish Hester plus shipping Thanks. www.riverwonders.com | Instant | |
| 32 | 9/15/2004 | 14:21:01 | PDT | Michelle Mckeath De | | Credit Card Payment Received | Completed | leopardi | 250 | -5.8 | 244.2 | | thak you Riverwonders | Instant | |
| 33 | 9/7/2004 | 12:35:30 | PDT | Michelle Mckeath De | | Instant Transfer Received | Completed | River Wonders order - | 480 | -11 | 469.14 | | Hello, The e-bill covers two hesters. Thank you. www.riverwonders.com | Instant | |
| 34 | 9/6/2004 | 18:37:14 | PDT | Jim Rathel | | Credit Card Payment Received | Refunded | Payment for rays | 350 | -8 | 342 | | Hello, This e-bill covers 3 male hester and shipping. You can pick it this week. Do you, this is last order please by where you can pick the fish up? Let us know. www.riverwonders.com | Instant | |
| 35 | 9/2/2004 | 9:06:18 | PDT | | | eCheck Received | Cleared | | 1,748.00 | -5 | 1,743.00 | | | eCheck | |
| 36 | 9/27/2004 | 13:53:58 | PDT | Michelle Mckeath De | | Instant Transfer Received | Completed | River Wonders order - | 190 | -4.5 | 185.52 | | Hello Armando - Thank you for your business. This e-bill covers a female mottled motoro. Thanks. www.riverwonders.com | Instant | |
| 37 | 9/22/2004 | 23:24:11 | PDT | John Lange | | Shopping Cart / Payment Received | Completed | Shopping Cart | 380 | -5 | 384 | | Black Ray P. Henle size=15" Color=very dark, full dollar like bery you have - | Electronic Funds Transfer | Shopping Cart |
| 38 | 9/22/2004 | 23:24:11 | PDT | John Lange | | Shopping Cart Item | Completed | Shopping Cart | 350 | | | | Black Ray P. Henle size=15" Color=very dark, full dollar like bery you have - | Instant | Funds Transfer The Black Ray - P. Henle |
| 39 | 9/13/2004 | 17:13:07 | PDT | Michelle Mckeath De | | Instant Transfer Received | Completed | River Wonders order - | 150 | -3.6 | 146.4 | | Hello, Russ talking to you over the phone. This e-bill covers 1 small female flower (Potamotrygon schroederi) to be shipped with your prior orders. Thanks. www.riverwonders.com | Instant | |
| 40 | 9/2/2004 | 11:26:26 | PDT | Owen Parrish | | Shopping Cart / Payment Received | Completed | Shopping Cart | 289 | -6.7 | 282.34 | | | Instant | Shopping Cart |
| 41 | 9/2/2004 | 11:26:26 | PDT | Owen Parrish | | Shopping Cart Item | Completed | Shopping Cart | 289 | | | | | Instant | Leopoldi Ray - The one and only Polkadot Stingray! |
| 42 | 7/30/2004 | 11:47:11 | PDT | Michelle Mckeath De | | Shopping Cart / Payment Received | Completed | Shopping Cart | 229 | -5.1 | 214.66 | | Hello, The e-bill covers one male 5 - 6" flower ray (Potamotrygon Schroederi) Thanks. www.riverwonders.com | Instant | Shopping Cart |
| 43 | 7/27/2004 | 17:45:35 | PDT | zhj liu | | Shopping Cart / Payment Received | Completed | Shopping Cart | 222 | -5.2 | 216.82 | | one male and one female please choose healthy and active ones thank you | Instant | Shopping Cart |
| 44 | 7/27/2004 | 17:45:35 | PDT | zhj liu | | Shopping Cart Item | Completed | Shopping Cart | 94 | | | | one male and one female please choose healthy and active ones thank you | Instant | Motoro Ray |
| 45 | 7/27/2004 | 17:45:35 | PDT | zhj liu | | Shopping Cart Item | Completed | Shopping Cart | 94 | | | | one male and one female please choose healthy and active ones thank you | Instant | Hystrix or Mottled Ray |
| 46 | 7/26/2004 | 8:00:00 | PDT | Barry Ward | | Instant Transfer Received | Completed | 3 stingrays | 222 | -5.2 | 216.82 | | I had trouble paying from the email as I paid directly through paypal in response to your message below. Please contact me if you need any more information. Thanks. The e-bill covers 3 stingrays to be shipped the last week of July. You may pay it as your convenience. Thanks. www.riverwonders.com | Instant | |
| 47 | 7/22/2004 | 15:51:07 | PDT | Gary Sai Kei Ho | | Shopping Cart / Payment Received | Refunded | Shopping Cart | 284 | -9.4 | 274.61 | | Please select one more white dot for me, and can you delivery to me arrive at 31 July or 1st August? thanks a lot Gary | Instant | Shopping Cart |
| 48 | 7/22/2004 | 15:51:07 | PDT | Gary Sai Kei Ho | | Shopping Cart Item | Refunded | Items in Shopping Cart | 250 | | | | Please select one more white dot for me, and can you delivery to me arrive at 31 July or 1st August? thanks a lot Gary | Instant | Leopoldi Ray - The one and only Polkadot Stingray! |
| 49 | 7/21/2004 | 7:43:30 | PDT | TRIFARI MOSES | | Payment Received | Completed | Items in Shopping Cart | 284 | -6.8 | 277.45 | | CALL THE DAY BEFORE DELIVERY | Instant | Items in Shopping Cart |
| 50 | 7/21/2004 | 7:43:30 | PDT | TRIFARI MOSES | | Shopping Cart Item | Completed | Items in Shopping Cart | 250 | | | | CALL THE DAY BEFORE DELIVERY | Instant | Leopoldi Ray - The one and only Polkadot Stingray! |
| 51 | 7/14/2004 | 16:21:20 | PDT | Bruce Rabechere | | Payment Received (no account) | Completed | Items in Shopping Cart | 504 | -11 | 492.61 | | As per our phone conversation Wensday evening please send the one Leo 5" and Flower 8" Monday to Tuesday delivery. Work phone is 630-584-2200 Thanks | Instant | Items in Shopping Cart |
| 52 | 7/14/2004 | 16:21:20 | PDT | Bruce Rabechere | | Shopping Cart Item | Completed | Items in Shopping Cart | 220 | | | | As per our phone conversation Wensday evening please send the one Leo 5" and Flower 8" Monday to Tuesday delivery. Work phone is 630-584-2200 Thanks | Instant | Flower Ray |
| 53 | 7/14/2004 | 16:21:20 | PDT | Bruce Rabechere | | Shopping Cart Item | Completed | Items in Shopping Cart | 250 | | | | As per our phone conversation Wensday evening please send the one Leo 5" and Flower 8" Monday to Tuesday delivery. Work phone is 630-584-2200 Thanks | Instant | Leopoldi Ray - The one and only Polkadot Stingray! |
| 54 | 7/12/2004 | 11:23:56 | PDT | Derrick Thurman | | Payment Received | Completed | Shopping Cart | 128 | -3.1 | 124.86 | | please notify me when it is shipped out. Thank You | Instant | Shopping Cart |
| 55 | 7/12/2004 | 11:23:56 | PDT | Derrick Thurman | | Shopping Cart Item | Completed | Shopping Cart | 94 | | | | please notify me when it is shipped out. Thank You | Instant | Motoro Ray |
| 56 | 7/10/2004 | 10:25:16 | PDT | ANNMARIE BIGNANO | | Payment Received | Refunded | Shopping Cart | 128 | -3.1 | 124.86 | | | Instant | Items in Shopping Cart |
| 57 | 7/10/2004 | 10:25:16 | PDT | ANNMARIE BIGNANO | | Shopping Cart Payment Received (no account) | Refunded | Items in Shopping Cart | 94 | | | | | Instant | Motoro Ray |
| 58 | 7/6/2004 | 17:38:52 | PDT | Raul Martinez | | Shopping Cart | Completed | Items in Shopping Cart | 128 | -3.1 | 124.86 | | HOW WILL IT GET PACKAGED? HOW LONG WILL IT TAKE TO GET HERE? | Instant | Items in Shopping Cart |

# Attachment D-9

**RIVER WONDERS**
**INV 200418432B**

**INTERSTATE SALES**
**FRESH WATER STINGRAY**

| | | |
|---|---|---|
| Name | Zimmerman, Isaac | |
| Email | Sales@riverwonders.com | |
| Account Number | 2004098568310098838 | |
| Account Status | Open Premier or Business | |
| Account Type | U.S. Business Verified | |
| Balance (USD) [Expir] | $548.68 | |
| Total Amount Sent | $7,297.35 | |
| Restrictions | None | |

| # | Date | Time | Time Zone | Name | Type | Status | Subject | Gross | Fee | Net | Note | Payment Type | Item Title | Shipping and Handling Amount | Qty | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | 12/26/2004 | 14:27:04 | PST | Theresa Reid | Shopping Cart Payment Received | Completed | Shopping Cart | $265.00 | -$8.13 | $256.87 | Please ensure | Instant | Shopping Cart | $45.00 | 1 | TN |
| 87 | 12/26/2004 | 14:27:04 | PST | Theresa Reid | Shopping Cart Item | Completed | Shopping Cart | $270.00 | | | Please ensure | Instant | Flower Ray | $45.00 | 1 | TN |
| 88 | 12/25/2004 | 8:54:31 | PST | jim liu | Shopping Cart Payment Received | Completed | Shopping Cart | $534.00 | -$12.05 | $521.95 | Last time I bought two stingrays from you one die in two weeks and eat anything, so could you please select a healthy one for me this time thank you my phone# 407-4294578 email jim7788@hotmail.com | Instant | Shopping Cart | $45.00 | 2 | FL |
| 89 | 12/25/2004 | 8:54:31 | PST | jim liu | Shopping Cart Item | Completed | Shopping Cart | $190.00 | | | Last time I bought two stingrays from you one die in two weeks not eat anything so could you please select a healthy one for me this time thank you, my phone# 407-4294578 email jim7788@hotmail.com | Instant | Tigmus Catfish | $45.00 | 1 | FL |
| 70 | 12/25/2004 | 8:54:31 | PST | jim liu | Shopping Cart Item | Completed | Shopping Cart | $299.00 | | | Last time I bought two stingrays from you one die in two weeks not eat anything so could you please select a healthy one for me this time thank you, my phone# 407-4294578 email jim7788@hotmail.com | Instant | Leopold Ray – The one and only Polkadot Stingray | $45.00 | 1 | FL |
| 71 | 12/12/2004 | 8:03:46 | PST | ely's aquatic farm inc | Credit Card Payment Received | Completed | Row Woodara | $548.00 | -$13.24 | $574.76 | Hello Steve – The s-bill covers 1 Tuser $150.1 ostingray $172.2 motoro $12.6 small motoro $450 Packing $18 Less cred t for Leopold a. Thanks. Have Vixodora | Instant | Vixodora | $29.00 | 1 | NJ |
| 72 | 12/11/2004 | 14:42:25 | PST | hezral luvel | Shopping Cart Payment Received | Refunded | Shopping Cart | $289.00 | -$8.66 | $280.34 | my call it a 732 2332326 c all me for date of shiping looking for 5" to 7" Thank you. Harry f | Instant | Shopping Cart | $29.00 | 1 | NJ |
| 73 | 12/11/2004 | 14:42:25 | PST | hezral luvel | Shopping Cart Item | Refunded | Shopping Cart | $250.00 | | | my call it a 732 2332326 c all me for date of shiping looking for 5" to 7" Thank you. Harry f | Instant | Leopold Ray – The one and only Polkadot Stingray | $29.00 | 1 | NJ |
| 74 | 12/10/2004 | 15:39:54 | PST | josh callalu | Shopping Cart Payment Received (not account) | Completed | Shopping Cart | $229.00 | -$5.34 | $223.66 | | Instant | Shopping Cart | $29.00 | 1 | IL |
| 75 | 12/10/2004 | 15:39:54 | PST | josh callalu | Shopping Cart Item | Completed | Shopping Cart | $180.00 | | | | Instant | Rose Marbled Motoro Stingray | $29.00 | 1 | IL |
| 76 | 12/7/2004 | 7:32:53 | PST | ron jackson | Update to eCheck Received | Refunded | Shopping Cart | $124.00 | -$3.03 | $129.07 | | eCheck | | | | IL |
| 77 | 12/7/2004 | 8:25:19 | PST | David Miller | Update to eCheck Received | Cleared | Rose Marine Motoro | $240.00 | -$5.00 | $235.00 | | eCheck | | | | 75104 |
| 78 | 12/6/2004 | 15:32:05 | PST | Eugene Pitt | Shopping Cart Payment Received (not account) | Completed | Shopping Cart | $189.00 | -$4.46 | $184.54 | | Instant | Shopping Cart | $30.00 | 1 | PA |
| 79 | 12/6/2004 | 15:32:05 | PST | Eugene Pitt | Shopping Cart Item | Completed | Shopping Cart | $150.00 | | | | Instant | Flower Ray Sale of the Month | $30.00 | 1 | PA |
| 80 | 12/4/2004 | 14:31:56 | PST | rodney johnson | Shopping Cart Payment Received (not account) | Completed | Shopping Cart | $133.00 | -$3.23 | $129.77 | What time and day would delivery be expected | Instant | Shopping Cart | $30.00 | 1 | AZ |
| 81 | 12/4/2004 | 14:31:56 | PST | rodney johnson | Shopping Cart Item | Completed | Shopping Cart | $94.00 | | | What time and day would delivery be expected | Instant | Hyatts or Mottled Ray | $30.00 | 1 | AZ |
| 82 | 12/3/2004 | 8:36:52 | PST | Andrew English | Shopping Cart | Completed | Shopping Cart | $221.00 | -$7.36 | $313.64 | We have e-mailed back and forth a few times. I would like two [2] of the rays to be female and one [1] to be male | Instant | Shopping Cart | $30.00 | 1 | VA |
| 83 | 12/3/2004 | 8:36:52 | PST | Andrew English | Shopping Cart Item | Completed | Shopping Cart | $282.00 | | | We have e-mailed back and forth a few times. I would like two [2] of the rays to be female and one [1] to be male | Instant | Motoro Ray | $30.00 | 3 | VA |
| 84 | 12/27/2004 | 14:27:28 | PST | David Miller | eCheck Received | Cleared | Rose Marine Motoro | $240.00 | -$5.00 | $235.00 | This E-bill covers a A Fresh Rose Marine Motoro with overnight shipping guaranteed delivery womeday the 6th before 10:30 AM. Thank you for your order. Team River Wonders | eCheck | | | | 15243 |

# Attachment D-10

## River Wonders

 **Welcome**     Shipping     Billing     Pay     Done

## Payment Details

PayPal is the secure payment processor for your seller, **River Wonders**.

|  |  |
|---|---|
| **Pay To:** | River Wonders |
| **Payment For:** | Shopping Cart   View Contents |
| **Currency:** | U.S. Dollars |
| **Amount:** | $179.00 USD |
| **US Shipping & Handling:** | $39.00 USD |

**PRIVACY BBBOnline**

Secure transaction
hosted by PayPal

### Have a PayPal Account?

Login now to pay quickly and securely:

**Email Address:**

**PayPal Password:**

Login

### Don't have a PayPal Account?

Continue checkout now to pay securely using
your credit card:

Continue Checkout

Signing up for a PayPal account is optional.

Problems logging in?
Forget your password?

Learn more about PayPal.

PayPal protects your privacy and security.
For more information, see our Privacy Policy and User Agreement.



# Our Livestock

**Home**

**Financing**

**Shipping**

**International Shipping**

**Useful Literature**

**Our Livestock**

**Contact Us**

**About Us**

## Shopping Cart

| Remove | Item # | Product Name | Options | Qty | Price |
|--------|--------|--------------|---------|-----|-------|
| ☐ | 5252 | Hystrix or Mottled Ray | | 1 | 94.00 |
| ☐ | | Medium Red Belly Piranha | | 5 | 85.00 |
| Taxes, shipping, and handling will be added during checkout. | | | | **Total** | $179.00 |

**Cookies have been disabled on your computer**
Cookies are required in order to use the shopping cart.

*RiverWonders - Boulder, CO, 80304*

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

KEEP THIS
RECEIPT FOR
YOUR RECORDS

PAY TO: *River Whispers*

ADDRESS: *23705 Vanowen St. Suite 259*

C O D OR
USED FOR

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT
NEGOTIABLE**

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 07208418014 | 2004-10-12 | 905041 | $ 218.00 | 0001 |

**UNITED STATES POSTAL SERVICE®**

## POSTAL MONEY ORDER

15-800
000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U S DOLLARS AND CENTS |
|---|---|---|---|
| 07208418014 | 2004-10-12 | 905041 | $$218$00¢ |

AMOUNT   TWO HUNDRED EIGHTEEN DOLLARS & 00¢  ****

PAY TO *River Whispers*

ADDRESS *23705 Vanowen St. Suite 259*

*West Hills, CA 91307*

C O D NO OR
USED FOR

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM *Eric Johnson*

ADDRESS

CLERK
0001

⑆000000800 2⑆     0 7 2 0 8 4 1 8 0 1 4 ⑈

RESTRICTED INFORMATION                                                          Page 1 of 1

# Restricted Information

| | | |
|---|---|---|
| **Serial Number:** 07208418014 | **ILN:** H4302390197527 | **Function Code:** 48 |
| **Issue Date:** 10/12/2004 | **Cashed Date:** 10/28/2004 | **Request Date:** 11/23/2004 |
| **Issue ID:** 905041 | **Cash Amount:** $218.00 | **Work Group:** I 48 |





# Attachment D-11

http://svcs.sf2000.registeredsite.com/svcs/dcc.jsp



# Our Livestock

**Home**

**Financing**

**Shipping**

**International Shipping**

**Useful Literature**

**Our Livestock**

**Contact Us**

**About Us**

### Shopping Cart

| Remove | Item # | Product Name | Options | Qty | Price |
|--------|--------|--------------|---------|-----|-------|
| ☐ | | Serrasalmus Elongatus | | 1 | 119.00 |
| ☐ | | 5 Small Black Pirahna Special! | | 1 | 59.00 |
| Taxes, shipping, and handling will be added during checkout. | | | | **Total** | $178.00 |

[Continue Shopping]  [Update Cart]  [Checkout]

> **Cookies have been disabled on your computer**
> Cookies are required in order to use the shopping cart

*RiverWonders - Boulder, CO, 80304*

10:30:10 AM 11/3/2004

https://www.paypal.com/cgi-bin/webscr

## River Wonders

Payments by **PayPal**       **Welcome**       Shipping       Billing       Pay       Done

## Payment Details

PayPal is the secure payment processor for your seller, **River Wonders**.

| | |
|---|---|
| **Pay To:** | River Wonders |
| **Payment For:** | Shopping Cart  View Contents |
| **Currency:** | U.S. Dollars ⓘ |
| **Amount:** | $178.00 USD |
| **US Shipping & Handling:** | $68.00 USD |

**PRIVACY** **BBBOnline**

Secure transaction
hosted by PayPal

**Have a PayPal Account?**

Login now to pay quickly and securely:

**Email Address:**

**PayPal Password:**

Login

Problems logging in?
Forget your password?

**Don't have a PayPal Account?**

Continue checkout now to pay securely using
your credit card:

Continue Checkout

Signing up for a PayPal account is optional.

Learn more about PayPal.

PayPal protects your privacy and security.
For more information, see our **Privacy Policy** and **User Agreement**.

10:30:35 AM 11/3/2004

**UNITED STATES POSTAL SERVICE®**

# CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO. *River Wonders*

ADDRESS *6709 Corcie Lane*

C.O.D. OR USED FOR

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 07208424538 | 2004-11-03 | 905041 | $ 246.00 | 0009 |

**UNITED STATES POSTAL SERVICE®**

# POSTAL MONEY ORDER

15-800 000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 07208424538 | 2004-11-03 | 905041 | $246•00¢ |

AMOUNT  TWO HUNDRED FORTY SIX DOLLARS & 00¢  ***

Y TO *River Wonders*

DDRESS *6709 Corcie Lane*

*West Hills, CA 91307*

O NO OR ED FOR

**NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING**

FROM *Eric Johnson*

ADDRESS

CLERK 0009

⑆000000800 2⑆  07208424538⑈

# Restricted Information

**Serial Number: 07208424538**   ILN: H4322380068165   **Function Code: 48**

**Issue Date: 11/03/2004**   Cashed Date: 11/17/2004   **Request Date: 11/23/2004**

**Issue ID: 905041**   Cash Amount: $246.00   **Work Group: I 48**





# Attachment D-12









# Attachment D-13

# AmericanAirlinesCargo

Revised: 16-Dec-09                                          Effective: 17-Dec-09

## SECURITY ACCEPTANCE FORM

Date: 03-04-2010   AWB#: 79106064   ☒

Pal account information verified by:
(Agent name) Coleman

|  | Yes | No |
|---|---|---|
| Is this a Certified Cargo Screening Facility (CCSF) shipment | | ☒ |

|  | NB | WB |
|---|---|---|
| What type of aircraft is the shipment booked for | ☒ | |

### DIPLOMATIC POUCH

☐ Diplomatic Pouch (Must complete the Diplomatic Pouch Checklist)

### I.D. INFORMATION TO BE COMPLETED FOR ALL SHIPPERS

1. AA Representative must verify the I.D. is a true representation of the individual.
2. For only one I.D. to be acceptable, it must be a government issued photo I.D.
3. If shipper/agent does not have a government issued photo I.D., then two (2) forms of I.D. must be presented, both of which may be a non-photo I.D., but at least one must be government issued

**For unused spaces, the terms "none" or "N/A" must be used to indicate omitted information.**

TYPE OF 1st PERSONAL I.D.
☒ DL (Specify state or country) CA
☐ Passport (Specify country) _____
☐ Other (Specify in space below) _____
An expired I.D. is not acceptable

DOES PHOTO ON I.D. MATCH THE PERSON? IF NON-PHOTO I.D., MARK N/A BOX
☒ YES
☐ NO (Refuse)
☐ NOT APPLICABLE

TYPE OF 2nd PERSONAL I.D.



☒ NOT APPLICABLE

DOES PHOTO ON I.D. MATCH THE PERSON? IF NON-PHOTO I.D., MARK N/A BOX
☐ YES
☐ NO (Refuse)
☒ NOT APPLICABLE

PRINT NAME OF AA PERSONNEL / EMPLOYEE # VERIFYING ID
Terri Coleman  705125

PRINT NAME OF PERSON PRESENTING ID
Isaac Zimerman

## CCSF ACCEPTANCE

Print Name of employee validating the Tamper Evident Technology:

N/A

Print Name of employee validating the Screened Cargo Identifier, Sticker or Stamp:

N/A

After completion, attach this form to the air waybill and retain on file for 30 days.

ATTACHMENT: 2
PAGE 1 OF 1





# Attachment D-14

2010/MAR/05/FRI 05:10 PM

P. 004

Page 1 of 1

## Todd.Kemp

| From: | Todd.Kemp |
|---|---|
| Sent: | Friday, February 26, 2010 1:24 PM |
| To: | 'River Wonders LLC' |
| Subject: | RE: Fish For Atlantis |

Hi Isaac,

We have all the paperwork here in order, so we are good to ship on Tuesday March 2nd. Can you please confirm this?  And let me know the shipping details when you have them.

Thanks,

Todd

From: River Wonders LLC [mailto:riverwonders@gmail.com]
Sent: Wednesday, February 17, 2010 12:43 PM
To: Todd.Kemp
Subject: Re: Fish For Atlantis

Hello Mr.Kemp
CORRECTION  The arapimas are captive breed withe CITES permit

--
Thank You

Isaac Zimmerman
River Wonders LLC
Office: (310) 349-0122
Fax: (310) 356-3321

Report 12
Attachment 6
Page 4 of 8

3/5/2010

# Attachment D-15





# EXHIBIT E

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number CR 09-805 (B) -VBF |
| Plaintiff, | |
| v. | DECLARATION IN SUPPORT OF REQUEST FOR EXTRADITION PURSUANT TO 28 U.S.C.§1746 |
| ISAAC ZIMERMAN, | |
| Defendant. | |

I, Rita Elido, make the following declaration under penalty of perjury:

1.      I am a citizen of the United States of America currently residing in Carson, California.

2.      I currently work for N2-Fish located in Gardena, California. N2-Fish is a business that, among other things, sells live fish. Part of my job for N2-Fish consists of purchasing and importing live fish and coral from suppliers in other countries.

3.      Prior to working for N2-Fish, I was the owner of a company known as High Bright. Through my company High Bright, I also purchased and imported live fish and coral from suppliers in other countries and I sold live fish as a wholesaler to other businesses in California that sold live fish. Through running my business High Bright and from my employment with N2-Fish, I have experience importing and selling live fish and I am knowledgeable of state and federal wildlife laws involving the import, export and sale of live fish. I have also held import and export licenses with the United States Fish and Wildlife Services, and I am familiar with the requirements of Fish and Wildlife Service declarations and the laws associated with the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES).

1

4.      From approximately 2008 to 2010, my business High Bright occupied units C, D and E at 13429 South Western Avenue in Gardena, California.  During approximately this same period of time, a company known as River Wonders occupied unit F at the same address. The owner of River Wonders was a person I knew as Isaac Zimerman (ZIMERMAN).

5.      In approximately 2008, when ZIMERMAN moved his company River Wonders to Unit F, I met ZIMERMAN and helped him prepare to do business by providing him with treated water for his tank system, by giving him plastic bags used to pack and ship live fish, and by helping him oxygenate the water used in his tank system.  While ZIMERMAN and River Wonders were located next to my business, I was aware that a variety of live fresh water fish were being imported and sold by River Wonders.

6.      Between 2008 and 2010, on more than one occasion, I observed customers waiting outside of River Wonders when ZIMERMAN was not present and Unit F, which housed River Wonders, was locked and closed.  I recognized some of ZIMERMAN's customers as they also occasionally purchased salt-water fish from my company.  On more than one occasion, when I asked these customers why they were waiting, they told me that they were waiting for ZIMERMAN to arrive because they purchased live river stingrays or arapaima gigas from River Wonders and were there to pick up their purchases.  I knew from my experience that river stingrays are illegal to possess in the state of California and that arapaima gigas are listed as a protected species of fish under Appendix II of CITES.

7.      Also between 2008 and 2010, on at least one occasion, I encountered customers waiting outside of River Wonders for ZIMERMAN, and they told me that they were waiting for ZIMERMAN because they had purchased live piranha from River Wonders and were there to pick up their purchases.  I knew from my experience in the fish business that live

2

piranhas are illegal to possess in the state of California. When I asked some of the customers why they bought fish that were illegal to possess in the state of California, one of ZIMERMAN's customers told me that illegal fish sell the best.

8.      During the time that my business occupied the unit next to River Wonder's unit, I constantly heard from customers and other fish dealers that ZIMERMAN and River Wonders imported and sold fresh-water stingrays. I also heard from ZIMERMAN's customers, as well as other fish dealers, that ZIMERMAN and River Wonders supplied some of the local pet stores with live piranha.

9.      Attached to my declaration as **Attachment E-1** is a photograph of ZIMERMAN, who sold live piranha, river stingrays and arapaima gigas fish from his business River Wonders.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Rita Elido

Executed on _____Dec. 3_____ 2014

3

# Attachment E 1





# EXHIBIT F

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number CR 09-805 (B) -VBF |
| Plaintiff, | |
| v. | DECLARATION IN SUPPORT OF REQUEST FOR EXTRADITION PURSUANT TO 28 U.S.C.§1746 |
| ISAAC ZIMERMAN, | |
| Defendant. | |

I, Steve Elias, make the following declaration under penalty of perjury:

1.  I am a citizen of the United States of America currently residing in Florham Park, New Jersey.

2.  I currently own and operate a company known as "Ely's Aquatic Farm Inc.," located in Florham Park, New Jersey.  My business deals with the purchase and sale of live fish and as a result, I often purchase live fish from suppliers in the United States.

3.  In September and December, 2004, I purchased a number of live freshwater (river) stingrays (Potomatrygon species) from a company I knew as River Wonders, LLC.  When placing those orders, I spoke over the telephone with a person who identified himself to me as "ISAAC ZIMERMAN."

4.  The first time I purchased river stingrays from River Wonders, ZIMERMAN told me that the stingrays would be shipped from the state of Colorado.  However, when the stingrays arrived, I noticed that they had actually been shipped from the state of California.  I know from my experience in the live fish business that river stingrays were illegal to import or possess in the state of California.

1

5.  After placing a second order with River Wonders for river stingrays, and seeing that the stingrays were shipped from the state of California, I spoke with ZIMERMAN on the telephone and asked him about the shipments and the fact that is was illegal to possess river stingrays in California.  ZIMERMAN told me that the stingrays had actually come from the state of Florida.  When I confronted ZIMERMAN with the fact that the boxes containing the river stingrays were shipped from California, where the possession and sale of river stingrays is illegal, ZIMERMAN did not respond and hung up the telephone.

6.  After learning that ZIMERMAN was illegally possessing and shipping river stingrays to me in New Jersey, I stopped doing business with River Wonders and ZIMERMAN.  I never met ZIMERMAN in person.

I declare under penalty of perjury that the foregoing is true and correct.

Steve Elias

Executed on _____12/11/14_____ 2014

2